UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY | ) |
| as next friend of the minor child, | ) |
| D.E. | ) |
| and | ) |
| D.E., individually | ) |
| 3772 Hayes Street, NE, #6 | ) |
| Washington, DC 20019 | ) |
| | ) |
| and | ) |
| | ) |
| VEDA HARPER AND VINCENT SMITH, | ) |
| as next friend of the minor child, | ) |
| M.H. | ) |
| and | ) |
| M.H., individually | ) |
| 204 K Street, NW | ) |
| Washington, DC 20024 | ) |
| | ) |
| and | ) |
| | ) |
| HARRIET L. DIIN, | ) |
| as next friend of the minor child, | ) |
| R.G. | ) |
| and | ) |
| R.G., individually | ) |
| 4509 Quarles Street, NE | ) |
| Washington, DC 20019 | ) |
| | ) |
| and | ) |
| | ) |
| ANTOINICE WOODFORK, | ) |
| as next friend of the minor child, | ) |
| D.W. | ) |
| and | ) |
| D.W., individually | ) |
| 5122 Brooks Street, NE | ) |
| Washington, DC 20019 | ) |
| | ) |
| and | ) |
| | ) |
| C.F.S.A., | ) |
| as next friend of the minor child, | ) |
| T.S. | ) |

| | |
|---|---|
| and | ) |
| T.S., individually | ) |
| 400 6th Street, SW | ) |
| Washington, DC 20024 | ) |
| | ) |
| and | ) |
| | ) |
| LEON DUCKETT | ) |
| as next friend of the minor child | ) |
| L.W. | ) |
| and | ) |
| L.W., individually | ) |
| 125 Franklin Street, NE, #M-11 | ) |
| Washington, DC 20002 | ) |
| | ) |
| and | ) |
| | ) |
| C.F.S.A., | ) |
| as next friend of the minor child, | ) |
| P.T. | ) |
| and | ) |
| P.T., individually | ) |
| 400 6th Street, SW | ) |
| Washington, DC 20024 | ) |
| | ) |
| and | ) |
| | ) |
| PAULETTE GLENN | ) |
| as next friend of the minor child, | ) |
| J.J. | ) |
| and | ) |
| J.J., individually | ) |
| 859 51st Street, NE | ) |
| Washington, DC 20019 | ) |
| | ) |
| and | ) |
| | ) |
| SHELIA JOHNSON | ) |
| as next friend of the minor child, | ) |
| S.J. | ) |
| and | ) |
| S.J., individually | ) |
| 4506 Douglas Street, NE | ) |

-2-

Washington, DC 20019                    )
                                        )
and                                     )
                                        )
MINA VEAZIE,                            )
as next friend of the minor child,      )
M.V.                                    )
and                                     )
M.V., individually                      )
1330 Irving Street, NW                  )
Washington, DC 20010                    )
                                        )
and                                     )
                                        )
CAMMIE JENKINS,                         )
as next friend of the minor child,      )
N.K.                                    )
and                                     )
N.K., individually                      )
5930 4th Street, NW                     )
Washington, DC 20002                    )
                                        )
and                                     )
                                        )
BONITA SIMPSON,                         )
as next friend of the minor child,      )
M.S.                                    )
and                                     )
M.S., individually                      )
157 V Street, NE                        )
Washington, DC 20002                    )
                                        )
and                                     )
                                        )
MARY PARKER,                            )
as next friend of the minor child,      )
M.B.                                    )
and                                     )
M.B., individually                      )
4760 C. Street, SE #303D                )
Washington, DC 20019                    )
                                        )
and                                     )

-3-

```
                                              )
ALICIA COLBERT & BILLY KENNEDY, )
as next friend of the minor child,           )
D.C.                                          )
and                                           )
D.C., individually                           )
1410 Girard Street, NW #B11                   )
Washington, DC 20009                          )
                                              )
and                                           )
                                              )
GAIL O'GARRO,                                 )
as next friend of the minor child,           )
C.B.                                          )
and                                           )
C.B., individually                           )
3615 Minnesota Avenue, SE                     )
Washington, DC 20019                          )
                                              )
and                                           )
                                              )
MARTHA WILLIAMS,                              )
as next friend of the minor child,           )
L.D.                                          )
and                                           )
L.D., individually                           )
3214 11th Place, SE                           )
Washington, DC 20032                          )
                                              )
and                                           )
                                              )
ROBERTINA WILSON,                             )
as next friend of the minor child,           )
L.W.                                          )
and                                           )
L.W., individually                           )
2324 Southern Avenue, SE                      )
Washington, DC 20020                          )
                                              )
and                                           )
                                              )
C.F.S.A.,                                     )
as next friend of the minor child,           )
```

D.H.                                                        )
and                                                         )
D.H., individually                                          )
400 6th Street, SW                                          )
Washington, DC 20024                                        )
                                                            )
and                                                         )
                                                            )
GLORIA PETERSON,                                            )
as next friend of the minor child,                          )
L.B.                                                        )
and                                                         )
L.B., individually                                          )
258 16th Street, SE                                         )
Washington, DC 20003                                        )
                                                            )
and                                                         )
                                                            )
                                                            )
ETHEL DEAN                                                  )
as next friend of the minor child,                          )
K.D.                                                        )
and                                                         )
K.D., individually                                          )
3508 Minnesota Ave., SE                                     )
Washington, DC 20019                                        )
                                                            )
and                                                         )
                                                            )
TRINDA NORMAN,                                              )
as next friend of the minor child,                          )
M.N.                                                        )
and                                                         )
M.N., individually                                          )
1520 2nd Street, SW #32                                     )
Washington, DC 20024                                        )
                                                            )
and                                                         )
                                                            )
CARLA PROCTOR,                                              )
as next friend of the minor child,                          )
A.P.                                                        )
and                                                         )

A.P., individually                                )
1635 West Va Avenue, NE #4                        )
Washington, DC 20002                              )
                                                  )
and                                               )
                                                  )
C.F.S.A,                                          )
as next friend of the minor child,               )
V.H.                                              )
and                                               )
V.H., individually                               )
400 6th Street, SW                                )
Washington, DC 20024                              )
                                                  )
and                                               )
                                                  )
C.F.S.A,                                          )
as next friend of the minor child,               )
S.B.                                              )
and                                               )
S.B., individually                               )
400 6th Street, SW                                )
Washington, DC 20024                              )
                                                  )
and                                               )
                                                  )
C.F.S.A,                                          )
as next friend of the minor child,               )
T.L.                                              )
and                                               )
T.L., individually                               )
400 6th Street, SW                                )
Washington, DC 20024                              )
                                                  )
and                                               )
                                                  )
LINDA PARRISH                                     )
as next friend of the minor child,               )
C.P.                                              )
and                                               )
C.P., individually                               )
104 55th Street, NE                               )
Washington, DC 20019                              )

```
                                        )
and                                     )
                                        )
MARVIN & MIRIAM DIXON                   )
as next friend of the minor child,      )
D.D.                                    )
and                                     )
D.D., individually                      )
4821 Quarles Street, NE                 )
Washington, DC 20009                    )
                                        )
and                                     )
                                        )
MARIAN HERBERT                          )
as next friend of the minor child,      )
K.B.                                    )
and                                     )
K.B., individually                      )
2408 Rhode Island Ave., NE              )
Washington, DC 20018                    )
                                        )
and                                     )
                                        )
C.F.S.A,                                )
as next friend of the minor child,      )
J.G.                                    )
and                                     )
J.G., individually                      )
400 6th Street, SW                      )
Washington, DC 20024                    )
                                        )
and                                     )
                                        )
C.F.S.A,                                )
as next friend of the minor child,      )
M.D.                                    )
and                                     )
M.D., individually                      )
400 6th Street, SW                      )
Washington, DC 20024                    )
                                        )
and                                     )
                                        )
```

RENNAE FORD                                        )
as next friend of the minor child,                 )
B.F.                                               )
and                                                )
B.F., individually                                 )
516 Clay Place, NE                                 )
Washington, DC 20019                               )
                                                   )
and                                                )
                                                   )
ALICE BEGEMANN                                     )
as next friend of the minor child,                 )
C.G.                                               )
and                                                )
C.G., individually                                 )
2643 Douglas Road, SE #302                         )
Washington, DC 20020                               )
                                                   )
and                                                )
                                                   )
C.F.S.A,                                           )
as next friend of the minor child,                 )
A.W.                                               )
and                                                )
A.W., individually                                 )
400 6th Street, SW                                 )
Washington, DC 20024                               )
                                                   )
and                                                )
                                                   )
VALENCIA DUNN                                      )
as next friend of the minor child,                 )
D.D.                                               )
and                                                )
D.D., individually                                 )
717 Atlantic Street, SE                            )
Washington, DC 20032                               )
                                                   )
and                                                )
                                                   )
KAY ANNE PIXLEY,                                   )
as next friend of the minor child,                 )
T.P.                                               )

-8-

and                                        )
T.P., individually                         )
33 K Street, NW #611                        )
Washington, DC 20001                        )
                                           )
and                                        )
                                           )
MARZENE BLACK,                             )
as next friend of the minor child,          )
J.B.  BLACK                                 )
and                                        )
J.B., individually                         )
2650 Birney Place, SE #201                  )
Washington, DC 20020                        )
                                           )
and                                        )
                                           )
C.F.S.A,                                    )
as next friend of the minor child,          )
E.S.                                        )
and                                        )
E.S., individually                         )
400 6th Street, SW                          )
Washington, DC 20024                        )
                                           )
and                                        )
                                           )
C.F.S.A,                                    )
as next friend of the minor child,          )
D.G.                                        )
and                                        )
D.G., individually                         )
400 6th Street, SW                          )
Washington, DC 20024                        )
                                           )
and                                        )
                                           )
JUDY BROWN & HOWARD FITZHUGH )
as next friends of the minor child,         )
H.F.                                        )
and                                        )
H.F., individually                         )
3710 4th Street, SE                         )

Washington, DC 20032                    )
                                        )
and                                     )
                                        )
IONA FRANCIS                            )
as next friend of the minor child,      )
T.H.                                    )
and                                     )
T.H., individually                      )
2311 14th Place, NE                     )
Washington, DC 20017                    )
                                        )
and                                     )
                                        )
C.F.S.A,                                )
as next friend of the minor child,      )
D.L.                                    )
and                                     )
D.L., individually                      )
400 6th Street, SW                      )
Washington, DC 20024                    )
                                        )
and                                     )
                                        )
C.F.S.A,                                )
as next friend of the minor child,      )
K.T.                                    )
and                                     )
K.T., individually                      )
400 6th Street, SW                      )
Washington, DC 20024                    )
                                        )
and                                     )
                                        )
CASSANDRA WHISENTON                     )
as next friend of the minor child,      )
V.W.                                    )
and                                     )
V.W., individually                      )
119 Division Ave., NE                   )
Washington, DC 20019                    )
                                        )
and                                     )

-10-

JOHNICE JACKSON                                    )
as next friend of the minor child,                 )
A.T.                                               )
and                                                )
A.T., individually                                 )
1238 D Street, NE                                  )
Washington, DC 20002                               )
                                                   )
and                                                )
                                                   )
C.F.S.A,                                           )
as next friend of the minor child,                 )
M.E.                                               )
and                                                )
M.E., individually                                 )
400 6th Street, SW                                 )
Washington, DC 20024                               )
                                                   )
and                                                )
                                                   )
C.F.S.A,                                           )
as next friend of the minor child,                 )
J.H.                                               )
and                                                )
J.H., individually                                 )
400 6th Street, SW                                 )
Washington, DC 20024                               )
                                                   )
and                                                )
                                                   )
C.F.S.A,                                           )
as next friend of the minor child,                 )
D.E.                                               )
and                                                )
D.E., individually                                 )
400 6th Street, SW                                 )
Washington, DC 20024                               )
                                                   )
and                                                )
                                                   )
C.F.S.A.                                           )
as next friend of the minor child,                 )

-11-

N.W.                                              )
and                                               )
N.W., individually                                )
400 6th Street, SW                                )
Washington, DC 20024                              )
                                                  )
and                                               )
                                                  )
                                                  )
TONDALAYA HAMPTON                                 )
as next friend of the minor child,                )
J.H.                                              )
and                                               )
J.H., individually                                )
1908 C Street, NE                                 )
Washington, DC 20002                              )
                                                  )
and                                               )
                                                  )
TONDALAYA HAMPTON                                 )
as next friend of the minor child,                )
J.H.                                              )
and                                               )
J.H., individually                                )
1908 C Street, NE                                 )
Washington, DC 20002                              )
                                                  )
and                                               )
                                                  )
C.F.S.A.                                          )
as next friend of the minor child,                )
G.M.                                              )
and                                               )
G.M., individually                                )
400 6th Street, SW                                )
Washington, DC 20024                              )
                                                  )
and                                               )
                                                  )
C.F.S.A.                                          )
as next friend of the minor child,                )
J.A.                                              )
and                                               )

J.A., individually                                    )
400 6th Street, SW                         )
Washington, DC 20024                                  )
                                                      )
and                                                   )
                                                      )
JUANITA EGGLESTON                                     )
as next friend of the minor child,                    )
S.E.                                                  )
and                                                   )
S.E., individually                                    )
400 6th Street, SW                         )
Washington, DC 20024                                  )
                                                      )
and                                                   )
                                                      )
DOROTHEA WOOTEN &                                     )
MICHAEL ZANDERS                                       )
as next friend of the minor child,                    )
C.Z.                                                  )
and                                                   )
C.Z., individually                                    )
2314 Reynolds Place, SE                               )
Washington, DC 20020                                  )
                                                      )
and                                                   )
                                                      )
TYRONE STROMAN                                        )
as next friend of the minor child,                    )
I.B.                                                  )
and                                                   )
I.B., individually                                    )
113 Wilmington Place, SE                              )
Washington, DC 20032                                  )
                                                      )
and                                                   )
                                                      )
C.F.S.A.                                              )
as next friend of the minor child,                    )
J.F.                                                  )
and                                                   )
J.F., individually                                    )
400 6th Street, SW                         )

-13-

Washington, DC 20024                        )
                                            )
and                                         )
                                            )
YOLANDA THOMAPSON                           )
as next friend of the minor child,          )
N.H.                                        )
and                                         )
N.H., individually                          )
500 3rd Street, NE #303                )
Washington, DC 20002                        )
                                            )
and                                         )
                                            )
CYNTHIA ELEBY,                              )
as next friend of the minor child,          )
R.E.                                        )
and                                         )
R.E., individually                          )
1509 45th Street, NE                   )
Washington, DC 20019                        )
                                            )
and                                         )
                                            )
SHARON EGGLESTON                            )
as next friend of the minor child,          )
P.S.                                        )
and                                         )
P.S., individually                          )
1717 Montana Ave., NE                       )
Washington, DC 20018                        )
                                            )
and                                         )
                                            )
C.F.S.A.                                    )
as next friend of the minor child,          )
T.S.                                        )
and                                         )
T.S., individually                          )
400 6th Street, SW                     )
Washington, DC 20024                        )
                                            )
and                                         )

-14-

```
                                        )
C.F.S.A.                                )
as next friend of the minor child,      )
K.S.                                    )
and                                     )
K.S., individually                      )
400 6th Street, SW                      )
Washington, DC 20024                    )
                                        )
and                                     )
                                        )
C.F.S.A.                                )
as next friend of the minor child,      )
M.A.                                    )
and                                     )
M.A., individually                      )
400 6th Street, SW                      )
Washington, DC 20024                    )
                                        )
and                                     )
                                        )
DONNA LEONARD                           )
as next friend of the minor child,      )
G.E.                                    )
and                                     )
G.E., individually                      )
4960 Eads Place, NE                     )
Washington, DC 20019                    )
                                        )
and                                     )
                                        )
SANDRA FORREST                          )
as next friend of the minor child,      )
D.F.                                    )
and                                     )
D.F., individually                      )
222 37th Street, SE                     )
Washington, DC 20019                    )
                                        )
and                                     )
                                        )
CYNTHIA ELEBY,                          )
as next friend of the minor child,      )
```

-15-

| | |
|---|---|
| T.E. | ) |
| and | ) |
| T.E., individually | ) |
| 1509 45th Street, NE | ) |
| Washington, DC 20019 | ) |
| | ) |
|      Plaintiffs, | ) |
| | ) |
| v. | )     Civil Action No. _____ |
| | ) |
| GOVERNMENT OF THE DISTRICT OF | ) |
| COLUMBIA | ) |
| A Municipal Corporation | ) |
| | ) |
| Serve: | ) |
| | ) |
| Robert Spagnoletti, | ) |
| Attorney General | ) |
| District of Columbia | ) |
| 441 4th Street, N.W. | ) |
| Washington, DC 20001 | ) |
| | ) |
| and | ) |
| | ) |
| Mayor Anthony Williams | ) |
| Office of the Secretary | ) |
| 1350 Pennsylvania Avenue, N.W. | ) |
| Washington, DC 20004 | ) |
| | ) |
|      Defendants. | ) |

## **COMPLAINT**

### JURISDICTION

1.    Jurisdiction of this Court is founded in 28 U.S.C. § 1331, the Individuals with

Disabilities Education  Act  ("IDEA"), 20 U.S.C. § 1400, *et seq.* (Reauthorized as the

Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446),

and 42 U.S.C. § 1983, *et seq.*

2.    Each Plaintiff is a minor child or the parent/guardian of a minor child.  All Plaintiffs are or were residents or wards of the District of Columbia during the time of the underlying administrative proceedings.

3.    Defendant is a municipal corporation.  As one of its governmental functions, Defendant operates the District of Columbia Public Schools System ("DCPS").  DCPS is responsible for affording children with disabilities in the District of Columbia all rights pursuant to IDEA and is responsible for issuing checks in payment of reasonable attorney's fees and costs incurred by the plaintiffs in pursuing claims under IDEA.

FACTS

**D.E.**

4.    On November 20, 2003, a Due Process Hearing was held.  Paul S. Dalton, Esq., acted on behalf of D.E. and his parent, Barbara Gray.  The Hearing Officer ordered: D.C.P.S. to convene a MDT within 30 calendar days to discuss whether the student warrants a compensatory education plan, and if so to develop one.  Plaintiffs were therefore the prevailing parties.

5.    On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $9,304.50.

6.    To date, $8,000.00 has been received.

7.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,304.50.

**M.H.**

8.      On November 20, 2003, a Due Process Hearing was held.  Paul S. Dalton, Esq.,
acted on behalf of M.H. and her parents, Veda Harper and Vincent Smith.  The Hearing
Officer ordered: D.C.P.S. to fund and place the student at the High Road School for the
remainder of the 2003-2004 school year, with transportation; and convene a MDT within
30 calendar days to determine if compensatory education is warranted.  Plaintiffs were
therefore the prevailing parties.

9.      On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was
submitted to D.C.P.S. in the amount of $5,516.50.

10.     To date, $4,000.00 has been received.

11.     The outstanding amount of attorney's fees owed to Plaintiffs is $1,516.50.

**R.G.**

12.     On January 6, 2004, a Due Process Hearing was held.  Talib Abdus-Shahid, Esq.,
acted on behalf of R.G. and her parent, Harriet L. Diin.  The Hearing Officer ordered:
D.C.P.S. to conduct a Psycho-Educational Evaluation within 20 school days; provide the
student with a three month supply of metro tokens within 3 school days; reconvene a
MDT meeting within 10 school days of the receipt of the evaluation; and, if eligible for
services, Issue a Notice of Placement within 5 school days if it is a public placement, or
within 30 calendar days if it is a private placement.  Plaintiffs were therefore the
prevailing parties.

13.     On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was
submitted to D.C.P.S. in the amount of $7,925.00.

14.    To date, $ 2,987.50 has been received.

15.    For purposes of this suit, the outstanding amount of attorney's fees owed to Plaintiff over the $4,000.00 cap is $3,925.00.

16.    On March 22, 2004, a Due Process Hearing was held.  Talib Abdus-Shahid, Esq., acted on behalf of R.G. and her parent, Harriet L. Diin.  The Hearing Officer ordered: D.C.P.S. to convene an MDT meeting within 10 days; review the Psycho-Educational Evaluation; and Issue a Prior Notice of Placement within 5 school days if it is a public placement, or within 30 calendar days if it is a private placement.  Plaintiffs were therefore the prevailing parties.

17.    On April 12, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,800.00.

18.    To date, $ 3,350 has been received.

19.    For purposes of this suit, the outstanding amount of attorney's fees owed to Plaintiff over the $4,000.00 cap is $800.00.

**D.W.**

20.    On January 6, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of D.W. and his parent, Antoinice Woodfork.  The Hearing Officer ordered: D.C.P.S. to fund placement at and transportation to the High Road School. Plaintiffs were therefore the prevailing parties.

21.    On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $8,963.00.

22.    To date, $4,000.00 has been received.

-19-

23.    The outstanding amount of attorney's fees owed to Plaintiffs is $4,963.00.

**T.S.**

24.    On January 13, 2004 , a Due Process Hearing was held. William Houston, Esq., acted on behalf of T.S., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to fund placement at and transportation to High Road School.  Plaintiffs were therefore the prevailing parties.

25.    On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $10,910.49.

26.    To date, $4,000.00 has been received.

27.    The outstanding amount of attorney's fees owed to Plaintiffs is $6,910.49.

**L.W.**

28.    On January 15, 2004, a Due Process Hearing was held. William Houston, Esq., acted on behalf of L.W. and her parent, Leon Duckett. The Hearing Officer ordered: D.C.P.S. to conduct speech and language and clinical psychological evaluations and to convene an MDT meeting.  Plaintiffs were therefore the prevailing parties.

29.    On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,550.00.

30.    To date, $4,000.00 has been received.

31.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,550.00.

**P.T.**

32.    On January 28, 2004, DCPS entered into a settlement agreement based on violations of a July 15, 2002 HOD.  William Houston, Esq., acted on behalf of P.T., ward

of the District of Columbia. DCPS agreed to fund private tutoring for compensatory education.  Plaintiffs were therefore the prevailing parties.

33.     On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,425.00.

34.     To date, $4,000.00 has been received.

35.     The outstanding amount of attorney's fees owed to Plaintiffs is $425.00.

**J.J.**

36.     On January 23, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of J.J. and his parent, Paulette Glenn.  The Hearing Officer ordered: D.C.P.S. to send referrals to two private schools and upon acceptance hold an MDT/IEP meeting.  Plaintiffs were therefore the prevailing parties.

37.     On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $9,105.00.

38.     To date, $4,000.00 has been received.

39.     The outstanding amount of attorney's fees owed to Plaintiffs is $5,105.00.

**S.J.**

40.     On January 28, 2004, a Due Process Hearing was held.  Talib Abdus-Shahid, Esq., acted on behalf of S.J. and her parent, Shelia Johnson.  The Hearing Officer ordered: D.C.P.S. to conduct speech and language and clinical psychological evaluations and to convene an MDT meeting to discuss eligibility, develop an IEP and determine placement. Plaintiffs were therefore the prevailing parties.

41.    On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,950.00.

42.    To date, $4,000.00 has been received.

43.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,950.00.

**M.V.**

44.    On January 29, 2003, a Due Process Hearing was held.  Laura E. Duos, Esq., acted on behalf of M.V. and his parent, Mina Veazie.  The Hearing Officer ordered: D.C.P.S. to perform Speech/Language and Psycho-educational evaluations within 30 days; fund an independent Clinical Psychological evaluation; convene an MDT meeting within 15 days of its receipt of the independent evaluation, and Issue a Notice of Placement within 5 school days if it is a public placement, or within 30 calendar days if it is a private placement.  Plaintiffs were therefore the prevailing parties.

45.    On March 8, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,747.50.

46.    To date, $4,000.00 has been received.

47.    The outstanding amount of attorney's fees owed to Plaintiffs is $747.50.

**N.K.**

48.    On February 10, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of N.K. and his parent, Cammie Jenkins.  The Hearing Officer ordered: D.C.P.S. to fund an independent Clinical Evaluation, Occupational Therapy Assessment, and Vineland; to reconvene a MDT/IEP meeting within 12 school days of receipt of the last evaluation; to issue a Notice of Placement within 5 school days if it is a

public placement, or within 30 calendar days if it is a private placement; and to provide a

compensatory education plan, including funding a Speech and Language Therapist for 16

hours at a rate not to exceed $65 per hour.  Plaintiffs were therefore the prevailing parties.

49.    On February 25, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $5,312.00.

50.    To date, $4,000.00 has been received.

51.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,312.00.

**M.S.**

52.    On February 10, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton,

Esq., acted on behalf of M.S. and his parent, Bonita Simpson.  The Hearing Officer

ordered: D.C.P.S. to perform an Occupational Therapy, Speech/Language, and Vineland

Adaptive Behavioral Assessment within 30 calendar days; and convene a MDT meeting

within 10 days of its completion of the evaluations; and Issue a Notice of Placement

within 5 school days if it is a public placement, or within 30 calendar days if it is a private

placement.  Plaintiffs were therefore the prevailing parties.

53.    On March 8, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $4,912.00.

54.    To date, $4,000.00 has been received.

55.    The outstanding amount of attorney's fees owed to Plaintiffs is $912.00.

**M.B.**

56.    On February 12, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of M.B. and her parent, Mary Parker.  The Hearing Officer ordered: D.C.P.S. to place and fund the student at the Accotink Academy until the end of the school year; and convene an MDT/IEP/Placement meeting within 30 days to determine an appropriate placement for the 2004-2005 school year.  Plaintiffs were therefore the prevailing parties.

57.    On March 8, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,217.75.

58.    To date, $4,000.00 has been received.

59.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,217.75.

**D.C.**

60.    On February 12, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of D.C. and his parents, Alicia Colbert and Billy Kennedy.  The Hearing Officer ordered: D.C.P.S. to immediately place and fund the student at the High Road School, with transportation, for the remainder of the 2003-2004 year.  Plaintiffs were therefore the prevailing parties.

61.    On February 25, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,577.50.

62.    To date, $4,000.00 has been received.

63.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,577.50.

-24-

**C.B.**

64.    On February 18, 2004, a Due Process Hearing was held.  William E. Houston, Esq., acted on behalf of C.B. and her parent, Gail O'Garro.  The Hearing Officer ordered: D.C.P.S. to convene a MDT meeting on March 4, 2004 to review all current evaluations, update the student's IEP, and determine an appropriate placement.  Plaintiffs were therefore the prevailing parties.

65.    On March 17, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $17,262.50.

66.    To date, $4,000.00 has been received.

67.    The outstanding amount of attorney's fees owed to Plaintiffs is $13,262.50.

**L.D.**

68.    On February 19, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of L.D. and his parent, Martha Williams.  The Hearing Officer ordered: D.C.P.S. to provide educational advocate with a copy of the Psychiatric Evaluation; fund an independent Clinical Psychological Evaluation; convene an MDT meeting within 10 days from the date of its receipt of the independent evaluation report; and, if eligible for services, Issue a Notice of Placement within 5 school days if it is a public placement, or within 30 calendar days if it is a private placement.  Plaintiffs were therefore the prevailing parties.

69.    On March 8, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,119.00.

70.    To date, $ 3,942.00 has been received.

71.     For purposes of this suit, the outstanding amount of attorney's fees owed to Plaintiff over the $4,000.00 cap is $119.00.

**L.W.**

72.     On February 20, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of L.W. and his parent, Robertina Wilson.  The Hearing Officer ordered: D.C.P.S. to fund the student at Kingsbury Day School from the date of enrollment to the end of the current (2003-2004) school year, including transportation. Plaintiffs were therefore the prevailing parties.

73.     On March 8, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,006.00.

74.     To date, $4,000.00 has been received.

75.     The outstanding amount of attorney's fees owed to Plaintiffs is $1,006.00.

**D.H.**

76.     On February 20, 2004, a Due Process Hearing was held.  William E. Houston, Esq., acted on behalf of D.H., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to fund one round trip ticket for the student's older sister to visit with her while she is placed at the Devereux Florida Residential Center as compensatory education.  Plaintiffs were therefore the prevailing parties.

77.     On March 17, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,396.00.

78.     To date, $4,000.00 has been received.

79.     The outstanding amount of attorney's fees owed to Plaintiffs is $2,396.00.

**L.B.**

80.    On February 23, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of L.B.and her parent, Gloria Peterson.  The Hearing Officer ordered: D.C.P.S. to immediately place and fund the student at High Road School for the remainder of the 2003-2004 school year; and reconvene the MDT/IEP team meeting within 45 days to determine an appropriate placement for the 2004-2005 school year. Plaintiffs were therefore the prevailing parties.

81.    On March 17, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,734.50.

82.    To date, $4,000.00 has been received.

83.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,734.50.

**K.D.**

84.    On February 24, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of K.D. and her parent, Ethel Dean.  The Hearing Officer ordered: D.C.P.S. to fund six months of compensatory education. Plaintiffs were therefore the prevailing parties.

85.    On April 12, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $13,895.50.

86.    To date, $4,000.00 has been received.

87.    The outstanding amount of attorney's fees owed to Plaintiffs is $9,895.50.

**M.N.**

88.     On February 25, 2004, a Due Process Hearing was held.  Laura E. Duos, Esq.,
acted on behalf of M.N. and his parent, Trinda Norman.  The Hearing Officer ordered:
D.C.P.S. to fund an independent Clinical Psychological and Psychiatric evaluations;
convene a MDT meeting within 15 school days of its receipt of the last evaluation; and
issue a Notice of Placement within 5 school days of the MDT meeting for a public
placement, or within 30 calendar days for a non-public placement.  Plaintiffs were
therefore the prevailing parties.

89.     On March 17, 2004, pursuant to I.D.E.A., a petition for attorney's fees was
submitted to D.C.P.S. in the amount of $5,873.50.

90.     To date, $4,000.00 has been received.

91.     The outstanding amount of attorney's fees owed to Plaintiffs is $1,873.50.

**A.P.**

92.     On March 2, 2004, a Due Process Hearing was held.  Laura E. Duos, Esq., acted
on behalf of A.P. and his parent, Carla Proctor.  The Hearing Officer ordered: D.C.P.S. to
place and fund the student at the High Road School until the end of the school year.
Plaintiffs were therefore the prevailing parties.

93.     On March 17, 2004, pursuant to I.D.E.A., a petition for attorney's fees was
submitted to D.C.P.S. in the amount of $4,324.00.

94.     To date, $4,000.00 has been received.

95.     The outstanding amount of attorney's fees owed to Plaintiffs is $324.00.  __

**V.H.**

96.     On March 4, 2004, a Due Process Hearing was held.  William E. Houston, Esq.,

acted on behalf of V.H., ward of the District of Columbia.  The Hearing Officer ordered:

D.C.P.S. to fund an independent Occupational Therapy (OT) Evaluation; convene an

BLMDT/IEP/Placement Meeting within 15 days after DCPS receives the independent OT

Evaluation results; and, if eligible for services, Issue a Notice of Placement within 5

school days if it is a public placement, or within 30 calendar days if it is a private

placement.  Plaintiffs were therefore the prevailing parties.

97.     On March 17, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $4,577.50.

98.     To date, $ 3,701.00 has been received.

99.     For purposes of this suit, the outstanding amount of attorney's fees owed to

Plaintiff over the $4,000.00 cap is $577.50.

**S.B.**

100.    On March 9, 2004, a Due Process Hearing was held. William Houston, Esq., acted

on behalf of S.B., ward of the District of Columbia.  The Hearing Officer ordered:

D.C.P.S. to fund independent psycho-educational, speech and language, and occupational

evaluations, as well as a neuropsychological evaluation if recommended by the other

evaluations, and to convene an IEP meeting.  Plaintiffs were therefore the prevailing

parties.

101.    On April 12, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $4.040.00.

102.    To date, $4,000.00 has been received.

103.    The outstanding amount of attorney's fees owed to Plaintiffs is $40.00.

**T.L.**

104.    On March 9, 2004, a Due Process Hearing was held. William Houston, Esq., acted on behalf of T.L., ward of the District of Columbia. The Hearing Officer ordered: D.C.P.S. to fund independent psychoeducational, clinical psychological, and speech and language evaluations, and to convene an MDT meeting. Plaintiffs were therefore the prevailing parties.

105.    On April 12, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $8,617.00.

106.    To date, $4,000.00 has been received.

107.    The outstanding amount of attorney's fees owed to Plaintiffs is $4,617.00.

**C.P.**

108.    On March 17, 2004, a Due Process Hearing was held. William Houston, Esq., acted on behalf of C.P. and his parent, Linda Parrish. The Hearing Officer ordered: D.C.P.S. to fund independent clinical psychological, SLE, psychiatric, and OT evaluations; and to convene a BLMDT/IEP and placement meeting. Plaintiffs were therefore the prevailing parties.

109.    On May 28, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,417.50.

110.    To date, $4,000.00 has been received.

111.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,417.50.

-30-

**D.D.**

112.    On March 22, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq.,
acted on behalf of D.D. and his parents, Marvin and Miriam Dixon.  The Hearing Officer
ordered: D.C.P.S. to convene an MDT meeting to discuss the IEP, placement, and
compensatory education.  Plaintiffs were therefore the prevailing parties.

113.    On April 12, 2004, pursuant to I.D.E.A., a petition for attorney's fees was
submitted to D.C.P.S. in the amount of $11,725.00.

114.    To date, $4,000.00 has been received.

115.    The outstanding amount of attorney's fees owed to Plaintiffs is $7,725.00.

116.    On August 16, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq.,
acted on behalf of D.D. and his parents, Marvin and Miriam Dixon.  The Hearing Officer
ordered: D.C.P.S. to fund an interim placement at and transportation to the High Road
School and to convene an MDT meeting to determine compensatory education.  Plaintiffs
were therefore the prevailing parties.

117.    On September 7, 2004 , pursuant to I.D.E.A., a petition for attorney's fees was
submitted to D.C.P.S. in the amount of $6,475.00.

118.    To date, $4,000.00 has been received.

119.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,475.00.

**K.B.**

120.    On March 25, 2004, a Due Process Hearing was held.  Talib Abdus-Shahid, Esq.,
acted on behalf of K.B. and her parent, Marian Herbert.  The Hearing Officer ordered:
D.C.P.S. to provide the student with assistive technology devices, and to fund

-31-

independent developmental optometry evaluations and hold an MDT meeting.  Plaintiffs were therefore the prevailing parties.

121.     On April 12, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $15,754.30.

122.     To date, $4,029.30 has been received.

123.     The outstanding amount of attorney's fees owed to Plaintiffs is $11,725.00.

124.     On August 18, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of K.B. and her parent, Marian Herbert.  The Hearing Officer ordered: D.C.P.S. to fund an interim placement at and transportation to the Katherine Thomas School and to convene an MDT meeting to discuss placement.  Plaintiffs were therefore the prevailing parties.

125.     On September 23, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $19,857.00.

126.     To date, $4,012.00 has been received.

127.     The outstanding amount of attorney's fees owed to Plaintiffs is $15,845.00.

**J.G.**

128.     On March 30, 2004, a Due Process Hearing was held. William Houston, Esq., acted on behalf of J.G., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to conduct psycho-educational, speech/language, and social history evaluations; to convene a MDT/IEP meeting; and to provide the student with eight hours of one-on-one tutoring. Plaintiffs were therefore the prevailing parties.

129.    On April 22, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,355.00.

130.    To date, $4,000.00 has been received.

131.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,355.00.

132.    On June 2, 2004, a Due Process Hearing was held.  William Houston, Esq., acted on behalf of J.G., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to provide eight hours of one-on-one tutoring.  The Plaintiffs were therefore prevailing party.

133.    On July 1, 2005, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $7,235.00.

134.    To date, $4,000.00 has been received.

135.    The outstanding amount of attorney's fees owed to Plaintiffs is $3,235.00.

**M.D.**

136.    On April 2, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of M.D., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to fund placement at and transportation to Accotink Academy.  Plaintiffs were therefore the prevailing parties.

137.    On April 22, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,411.00.

138.    To date, $4,000.00 has been received.

139.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,411.00.

**B.F.**

140.    On April 6, 2004 a Due Process Hearing was held. Ellen Douglass Dalton, Esq.,
acted on behalf of B.F. and his parent, Rennae Ford.  The Hearing Officer ordered:
D.C.P.S. to fund placement at KidsPeace.  Plaintiffs were therefore the prevailing parties.

141.    On April 22, 2004, pursuant to I.D.E.A., a petition for attorney's fees was
submitted to D.C.P.S. in the amount of $6,264.50.

142.    To date, $4,000.00 has been received.

143.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,264.50.

**C.G.**

144.    On April 6, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq.,
acted on behalf of C.G. and his parent, Alice Begemann.  The Hearing Officer ordered:
D.C.P.S. to perform a clinical evaluation within 30 days or fund an independent
evaluation, to review other evaluations, and issue a notice of placement to the Kennedy
Institute.  Plaintiffs were therefore the prevailing parties.

145.    On April 22, 2004, pursuant to I.D.E.A., a petition for attorney's fees was
submitted to D.C.P.S. in the amount of $5,031.00.

146.    To date, $4,000.00 has been received.

147.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,031.00.

**A.W.**

148.    On May 7, 2004, a Due Process Hearing was held. William Houston, Esq., acted
on behalf of A.W., ward of the District of Columbia.  The Hearing Officer ordered:
D.C.P.S. to fund an independent educational assessment, including clinical psychological,

psyco-educational, and SLE; and to convene a MDT/IEP and placement meeting. Plaintiffs were therefore the prevailing parties.

149.    On May 28, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,950.00.

150.    To date, $4,000.00 has been received.

151.    The outstanding amount of attorney's fees owed to Plaintiffs is $950.00.

**D.D.**

152.    On May 14, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of D.D. and his parent, Valencia Dunn. The Hearing Officer ordered: D.C.P.S. to issue a Prior Written Notice of Placement for the student; and provide funding (including transportation) for the student to attend the National Children's Center for the 2004 extended school year. Plaintiffs were therefore the prevailing parties.

153.    On May 28, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $12,343.37.

154.    To date, $4,025.87 has been received.

155.    The outstanding amount of attorney's fees owed to Plaintiffs is $8,317.50.

**T.P.**

156.    On May 21, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of T.P. and his parent, Kay Anne Pixley.  The Hearing Officer ordered: D.C.P.S. to perform an Occupational Therapy (OT) Evaluation and a Speech-Language Evaluation; reconvene a BLMDT/IEP/Placement meeting within 10 days of completing the evaluations; and issue a Notice of Placement within 5 school days of the MDT

meeting for a public placement, or within 30 calendar days for a non-public placement. Plaintiffs were therefore the prevailing parties.

157.    On July 1, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,835.00.

158.    To date, $0 has been received.

159.    For purposes of this suit, the outstanding amount of attorney's fees owed to Plaintiff over the $4,000.00 cap is $835.00.

**J.B.**

160.    On May 21, 2004, a Due Hearing Process was held. Ellen Douglass Dalton, Esq., acted on behalf of J.B. and her parent, Marzene Black. The Hearing Officer ordered: D.C.P.S. will issue a Prior Notice placing and funding the student at Accotink; and give the student twelve weeks of instruction at Lindamood-Bell during the summer of 2004 as compensatory education. Plaintiffs were therefore the prevailing parties.

161.    On July 1, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,904.00.

162.    To date, $4,000.00 has been received.

163.    The outstanding amount of attorney's fees owed to Plaintiffs is $904.00.

**E.S.**

164.    On May 27, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of E.S., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. will perform a Functional Behavior Assessment; fund an occupational therapy evaluation; convene an MDT/IEP meeting within 15 days of the receipt of the

-36-

independent evaluation; and issue a prior notice of placement. Plaintiffs were therefore the prevailing parties.

165.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $8,073.00.

166.    To date, $4,023.00 has been received.

167.    The outstanding amount of attorney's fees owed to plaintiffs is $4,050.00.

168.    On October 22, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of E.S., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to convene an MDT meeting.  The Plaintiffs were therefore the prevailing party.

169.    On November 11, 2004,  pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,300.00.

170.    To date, $4,000.00 has been received.

171.    The outstanding amount of attorney's fees owed to plaintiffs is $300.00.

**D.G.**

172.    On June 10, 2004, a Due Process Hearing was held. William Houston, Esq., acted on behalf of D.G., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to fund psycho-educational, speech/language, clinical psychological, and neurological evaluations; convene a MDT/IEP meeting; and issue a prior notice of placement within five business days of the meeting if the placement is public, and within thirty days if the placement is private. Plaintiffs were therefore the prevailing parties.

173.    On July 1, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,950.00.

-37-

174.    To date, $4,000.00 has been submitted.

175.    The outstanding amount of attorney's fees owed to Plaintiffs is $950.00.

**H.F.**

176.    On June 25, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of H.F. and his parents, Judy Brown and Howard Fitzhugh. The Hearing Officer ordered: D.C.P.S. to fund placement at Whisper Ridge and convene an MDT meeting. Plaintiffs were therefore the prevailing parties.

177.    On July 19, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,342.50.

178.    To date, $4,012.00 has been received.

179.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,330.50.

**T.H.**

180.    On July 15, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of T.H. and her parent, Iona Francis. The Hearing Officer ordered: D.C.P.S. to fund speech and language, clinical psychological, and ADHD evaluations, and to convene an MDT meeting. Plaintiffs were therefore the prevailing parties.

181.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,136.50.

182.    To date, $4,018.50 has been received.

183.    The outstanding amount of attorney's fees owed to Plaintiffs is $118.00.

**D.L.**

184.    On July 27, 2004, a Due Process Hearing was held. William Houston, Esq., acted on behalf of D.L., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to perform a clinical psycholigical evaluation and convene an MDT meeting. Plaintiffs were therefore the prevailing parties.

185.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,600.00.

186.    To date, $3,029.50 has been received.

187.    For purposes of this suit, the outstanding amount of attorney's fees owed to Plaintiff over the $4,000.00 cap is $2,600.00.

**K.T.**

188.    On July 29, 2004, a Due Process Hearing was held. William Houston, Esq., acted on behalf of K.T., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to schedule a multi-disciplinary team/individual educational program and placement meeting for the student on or before August 27, 2004; the meeting to be scheduled either before August 5, 2004 or after August 11, 2004, in correspondence with the availability of the student's counsel; the time frame for the meeting may be extended for up to seven days to accommodate for the counsel's absence; and, any other delay caused by the student, his parent, and/or representative will extend D.C.P.S.' obligations proportionally. Plaintiffs were therefore the prevailing parties.

189.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $7,177.50.

190.    To date, $4,000.00 has been received.

191.    For purposes of this suit, the outstanding amount of attorney's fees owed to Plaintiff over the $4,000.00 cap is $3,177.50.

**V.W.**

192.    On July 30, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of V.W. and his parent, Cassandra Whisenton. The Hearing Officer ordered: the student receives placement at the Leary School of Virginia for the 2004-2005 school year; D.C.P.S. will issue a Prior Notice placing and funding the student at Leary; and, upon submission of records of involvement, receipts, and mileage logs, D.C.P.S. will reimburse the student's parent for expenses incurred at Leary for the 2004 ESY program. Plaintiffs were therefore the prevailing parties.

193.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,443.00.

194.    To date, $4,000.00 has been received.

195.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,443.00.

**A.T.**

196.    On July 30, 2004, a Due Process Hearing was held.  William Houston, Esq., acted on behalf of A.T. and his parent, Johnice Jackson.  The Hearing Officer ordered: D.C.P.S. to convene an MDT / placement meeting.  Plaintiffs were therefore the prevailing parties.

197.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,080.00.

198.    To date, $4,000.00 has been received.

199.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,080.00.

**M.E.**

200.    On July 30, 2004, a Due Process Hearing was held. William Houston, Esq., acted

on behalf of M.E., ward of the District of Columbia.  The Hearing Officer ordered:

D.C.P.S. to convene an IEP meeting to review evaluations and to fund an independent

neuropsychological evaluation.  Plaintiffs were therefore the prevailing parties.

201.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $6567.50.

202.    To date, $4,000.00 has been received.

203.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,567.50.

**J.H.**

204.    On July 30, 2004, a Due Process Hearing was held. William Houston, Esq., acted

on behalf of J.H., ward of the District of Columbia.  The Hearing Officer ordered:

D.C.P.S. to convene an IEP meeting to review evaluations.  Plaintiffs were therefore the

prevailing parties.

205.    On September 7, 2004, pursuant to I.D.E.A., a petition for attorney's fees was

submitted to D.C.P.S. in the amount of $7,035.00.

206.    To date, $4,000.00 has been received.

207.    The outstanding amount of attorney's fees owed to Plaintiffs is $3,035.00.

**D.E.**

208.    On August 16, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq.,

acted on behalf of D.E., ward of the District of Columbia.  The Hearing Officer ordered:

D.C.P.S. to fund and place the student at High Roads Middle School, with transportation funding and ESY. Plaintiffs were therefore the prevailing parties.

209.    On September 23, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $11,908.00.

210.    To date, $4,008.00 has been received.

211.    The outstanding amount of attorney's fees owed to Plaintiffs is $7,900.00.

**N.W.**

212.    On August 18, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of N.W., ward of the District of Columbia. The Hearing Officer ordered: D.C.P.S. to fund an independent OT evaluation; and convene a MDT meeting. Plaintiffs were therefore the prevailing parties.

213.    On September 23, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,831.00.

214.    To date, $4,000.00 has been received.

215.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,831.00.

**J.H.**

216.    On August 31, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of J.H. and his parent, Tondalaya Hampton. The Hearing Officer ordered: D.C.P.S. to provide 2.5 months of SL therapy as compensatory education for the student. Plaintiffs were therefore the prevailing parties.

217.    On September 23, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,382.00.

218.    To date, $4,007.00 has been received.

219.    The outstanding amount of attorney's fees owed to Plaintiffs is $375.00.

**J.H.**

220.    On August 31, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of J.H. and his parent, Tondalaya Hampton. The Hearing Officer ordered: D.C.P.S. to provide 2.5 months of SL therapy as compensatory education. Plaintiffs were therefore the prevailing parties.

221.    On September 23, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,232.00.

222.    To date, $4,007.00 has been received.

223.    The outstanding amount of attorney's fees owed to Plaintiffs is $225.00.

**G.M.**

224.    On September 1, 2004, a Due Process Hearing was held.  Ellen Douglass Dalton, Esq., acted on behalf of G.M., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to initiate a request to Camelot Elementary School for placement into their hearing impaired program; and interim in home tutoring. Plaintiffs were therefore the prevailing parties.

225.    On September 23, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,369.00.

226.    To date, $4,000.00 has been received.

227.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,369.00.

-43-

**J.A.**

228.    On September 8, 2004, a Due Process Hearing was held. William Houston, Esq., acted on behalf of J.A., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to fund an independent OT evaluation; hold a MDT meeting; and place the student at the Lab School of Washington. Plaintiffs were therefore the prevailing parties.

229.    On September 23, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $7,425.00.

230.    To date, $4,000.00 has been received.

231.    The outstanding amount of attorney's fees owed to Plaintiffs is $3,425.00.

**S.E.**

232.    On September 20, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of S.E. and his aunt, Juanita Eggleston. The Hearing Officer ordered: D.C.P.S. to fund (including transportation) placement at Accotink. Plaintiffs were therefore the prevailing parties.

233.    On November 11, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,759.00.

234.    To date, $4,052.00 has been received.

235.    The outstanding amount of attorney's fees owed to Plaintiffs is $707.00.

**C.Z.**

236.    On September 29, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of C.Z. and her parents, Dorothea Wooten and Michael Zanders. The Hearing Officer ordered: D.C.P.S. to fund independent SL and psycho-educational

evaluations; convene a MDT meeting; and, if eligible, provide the student with 180 hours of tutoring. Plaintiffs were therefore the prevailing parties.

237.    On November 11, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,336.50.

238.    To date, $4,000.00 has been received.

239.    The outstanding amount of attorney's fees owed to Plaintiffs is $336.50.

**I.B.**

240.    On October 1, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of I.B. and her parent, Tyrone Stroman. The Hearing Officer ordered: D.C.P.S. to fund independent SL and OT evaluations; convene a MDT meeting; and arrange compensatory education. Plaintiffs were therefore the prevailing parties.

241.    On November 11, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,538.00.

242.    To date, $4,031.50 has been received.

243.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,506.50.

**J.F.**

244.    On October 12, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of J.F., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to place and fund (including transportation) the student at High Road Middle School. Plaintiffs were therefore the prevailing parties.

245.    On November 11, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,289.00.

246.    To date, $4,014.00 has been received.

247.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,275.00.

**N.H.**

248.    On October 12, 2004, a Due Process Hearing was held. Paul S. Dalton, Esq., acted on behalf of N.H. and his parent, Yolanda Thompson. The Hearing Officer ordered: D.C.P.S. to conduct psycho-educational and SL evaluations; and convene a MDT/IEP and placement meeting. Plaintiffs were therefore the prevailing parties.

249.    On November 11, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $9,248.45.

250.    To date, $4,066.45 has been received.

251.    The outstanding amount of attorney's fees owed to Plaintiffs is $5,182.00.

**R.E.**

252.    On October 19, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of R.E. and his parent, Cynthia Eleby. The Hearing Officer ordered: D.C.P.S. to fund an independent opthalmological evaluation; perform  psychological, Vineland, and audiological evaluations; and convene a MDT/IEP and placement meeting. Plaintiffs were therefore the prevailing parties.

253.    On November 11, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,350.00.

254.    To date, $4,000.00 has been received.

255.    The outstanding amount of attorney's fees owed to Plaintiffs is $2,350.00.

-46-

**P.S.**

256.    On October 22, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of P.S. and her parent, Sharon Eggleston. The Hearing Officer ordered: D.C.P.S. to fund independent clinical psychological, psychiatric, and SL evaluations; and convene a MDT meeting. Plaintiffs were therefore the prevailing parties.

257.    On November 20, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $7,006.00.

258.    To date, $4,000.00 has been received.

259.    The outstanding amount of attorney's fees owed to Plaintiffs is $3,006.00.

**T.S.**

260.    On October 27, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of T.S., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to fund independent psycho-educational and adaptive Vineland evaluations; and to convene a MDT/IEP and placement meeting. Plaintiffs were therefore the prevailing parties.

261.    On November 20, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $4,539.00.

262.    To date, $4,014.00 has been received.

263.    The outstanding amount of attorney's fees owed to Plaintiffs is $525.00.

**K.S.**

264.    On October 27, 2004, a Due Process Hearing was held. Ellen Douglass Dalton, Esq., acted on behalf of K.S., ward of the District of Columbia.  The Hearing Officer

ordered: D.C.P.S. to conduct psycho-educational, clinical, SL, and social history evaluations; and convene a MDT meeting. Plaintiffs were therefore the prevailing parties.

265.    On November 20, 2004, pursuant to I.D.E.A.,  a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,782.00.

266.    To date, $4,000.00 has been received.

267.    The outstanding amount of attorney's fees owed to Plaintiffs is $1,782.00.

**M.A.**

268.    On November 2, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of M.A., ward of the District of Columbia.  The Hearing Officer ordered: D.C.P.S. to convene an MDT meeting within 60 days of the hearing to determine appropriate compensatory education. Plaintiffs were therefore the prevailing parties.

269.    On November 20, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $8,275.00.

270.    To date, $4,000.00 has been received.

271.    The outstanding amount of attorney's fees owed to Plaintiffs is $4,275.00.

**G.E.**

272.    On November 2, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of G.E. and her parent, Donna Leonard. The Hearing Officer ordered: D.C.P.S. to conduct a FBA; and to convene a MDT meeting within 10 days of the hearing. Plaintiffs were therefore the prevailing parties.

273.    On November 20, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $7,575.00.

274.   To date, $4,000.00 has been received.

275.   The outstanding amount of attorney's fees owed to Plaintiffs is $3,575.00.

**D.F.**

276.   On November 3, 2004, a Due Process Hearing was held. Talib Abdus-Shahid, Esq., acted on behalf of D.F. and his parent, Sandra Forrest. The Hearing Officer ordered: D.C.P.S. to fund independent clinical psychological, psycho-educational, and SL evaluations; and to convene a MDT meeting.

277.   On November 20, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $5,175.00.

278.   To date, $4,000.00 has been received.

279.   The outstanding amount of attorney's fees owed to Plaintiffs is $1,175.00.

**T.E.**

280.   On January 29, 2004, a Due Process Hearing was held.  Talib Abdus-Shahid, Esq., acted on behalf of T.E. and her parent, Cynthia Eleby . The Hearing Officer ordered: D.C.P.S. to conduct psycho-educational, speech and language and clinical evaluations and to convene a MDT meeting.  Therefore Plaintiffs were the prevailing party.

281.   On February 10, 2004, pursuant to I.D.E.A., a petition for attorney's fees was submitted to D.C.P.S. in the amount of $6,175.00.

282.   To date, $3,850.00 has been received.

283.   For purposes of this suit, the outstanding amount of attorney's fees owed to Plaintiff over the $4,000.00 cap is $2,175.00.

284.    All of the above cases and invoices for attorney's fees were filed pursuant to the $4,000.00 cap as outlined in the District of Columbia's Appropriations Act.

285.    Currently, Section 327 of the District of Columbia Appropriations Act of 2005 ("Section 327") caps "the fees of an attorney who represents a party in an action . . . including an administrative proceeding, brought against the District of Columbia Public Schools under the Individuals with Disabilities Education Act" at $4,000.00.  108 Pub. L. 335.

## COUNT ONE

286.    Plaintiff repeats and realleges paragraphs 1 - 285.

287.    An incongruity continues to exist between Section 327 of the District of Columbia Appropriations Act of 2005 and the provision of the IDEA that permits Courts to award attorney's fees.  Section 327 arbitrarily caps "the fees of an attorney who represents a party in an action . . . including an administrative proceeding, brought against the District of Columbia Public Schools under the Individuals with Disabilities Education Act" at $4,000.00.  108 Pub. L. 335.  However, Section 327 is silent as to where Congress gets its authority to restrict an Article III Court's ability to award and enforce judgments in IDEA cases.  Case law is consistent in interpreting Section 327 as allowing Courts to order attorney fees in excess of the $4,000.00 cap;[1] however, under Section 327, the District of Columbia cannot use the funds appropriated to it by Congress to pay for attorney fees in excess of $4,000.00.  In *Calloway v. D.C.*, the D.C. Circuit "recognize[d] the potential

_____

    [1]        See *Blackman v. D.C.*, 150 F. Supp. 2d 133 (D.D.C. 2001); *Blackman v D.C.*, 397 F. Supp. 2d 12 (D.D.C. 2005).

incongruity of courts' awarding fees that [Section 327] prohibits the District from paying during the same fiscal year." 216 F.3d 1, 10 (D.C. Cir. 2000). Consistent with the holdings of the U.S. Supreme Court,[2] the Circuit Court left it to Congress to resolve the incongruity between the IDEA and Section 327. See Id. Congress reauthorized the IDEA in 2004 (the new law went into effect on July 1, 2005). In this most recent reauthorization, Congress added mandatory resolution sessions prior to holding a due process hearing in an effort to give the schools and the parents the opportunity to resolve the disagreements in a constructive and positive way and without involving attorneys. If, however, the matter cannot be resolved at the resolution session, the Parent is permitted to proceed to a due process hearing with legal representation. Pursuant to § 1415 of the IDEA, the prevailing party may recover reasonable attorney's fees. In reauthorizing the IDEA, however, Congress failed to resolve the continuing incongruity that exists between Section 327 and the IDEA. Congress recognized that the cap exists; however, Congress did not attempt to reconcile the conflict. See 20 U.S.C. § 1415(i)(3)(B)(ii). Thus, the Courts cannot leave it up to Congress to resolve this issue.

## COUNT TWO

288.    Plaintiff repeats and realleges paragraphs 1 - 285.

289.    Section 327 arbitrarily caps "the fees of an attorney who represents a party in an action . . . including an administrative proceeding, brought against the District of Columbia Public Schools under the Individuals with Disabilities Education Act" at

---

[2]      See *TVA v. Hill*, 437 U.S. 153 (1978) (leaving it to Congress to resolve the incongruity of appropriating funds for a dam that another statute prohibited.).

$4,000.00.  108 Pub. L. 335.  There is no support justifying why the cap is set at $4,000.00.  Nationally, the District of Columbia is the only local education agency that places a limit on attorneys' fees.  The cap was originally put into place in an attempt to allocate more resources to special education in District of Columbia and curb the growth of legal expenses.  This arose in part due to a Compliance Agreement entered into by the U.S. Secretary of Education and DCPS in 1998 "mandating that DCPS 'be in full compliance with the requirements of [IDEA in] no later than three years.'" *Calloway*, 216 F.3d at 4; <u>see</u> <u>also</u> 63 Fed. Reg. 41370.   However, it is now 2005 and DCPS is far from being in full compliance with IDEA.  Therefore, the cap has not had the intended effect of improving DCPS's compliance with the requirements of IDEA.  Furthermore, in light of the recent decision by the United States Supreme Court, the cap undermines the purpose behind the IDEA by limiting the procedural safeguards of low-income families.  In *Schaffer v. Weast*, the Supreme Court stated, "Litigating a due process complaint is an expensive affair, costing schools approximately $8,000.00 - $12,000.00 per hearing." 126 S. Ct. 528, 535 (2005).    There is no effective remedy for District of Columbia residents in complex IDEA cases, because the District of Columbia cap restricts low-income Parents from being able to afford such costly litigation.  The cap effectively limits the access of District of Columbia's poor families to quality legal representation, which impairs their due process protections under the IDEA.

## RELIEF

WHEREFORE, Plaintiffs respectfully request that this honorable Court:

A.    Find that the cap imposed under Section 327 of the District of Columbia Appropriations Act of 2005 is arbitrary and limits access to the due process protections provided by the IDEA.

B.    Find that the Defendant has, with respect to each plaintiff, deprived said plaintiff of rights, privileges, and the benefits that are available and secured by the laws of the United States, specifically 20 U.S.C. § 1400 et seq. and 42 U.S.C. § 1983, et seq.;

C.    Based on the above, find that such arbitrary deprivation of plaintiff's rights amounts to an impermissible violation of a Court's right under Article III to provide an effective remedy pursuant to its authority to issue valid and enforceable judgments;

D.    In the alternative or concurrently, find that the cap impermissibly restricts the separation of powers inherent between Congress and the Federal Courts;

E.    Award each Plaintiff damages as follows:

D.E. and Barbara Gray                          $1,304.50

M.H. and Veda Harper and Vincent Smith         $1,516.50

R.G. and Harriet L. Diin                       $4,725.00

D.W. and Antoinice Woodfork                    $4,963.00

T.S., ward of the District of Columbia         $6,910.49

L.W. and Leon Duckett                          $1,550.00

P.T., ward of the District of Columbia         $425.00

J.J. and Paulette Glenn                        $5,105.00

| | |
|---|---|
| S.J. and Shelia Johnson | $2,950.00 |
| M.V. and Mina Veazie | $747.50 |
| N.K. and Cammie Jenkins | $1,312.00 |
| M.S. and Bonita Simpson | $912.00 |
| M.B. and Mary Parker | $1,217.75 |
| D.C. and Alicia Colbert & Billy Kennedy | $1,577.50 |
| C.B. and Gail O'Garro | $13,262.50 |
| L.D. and Martha Williams | $119.00 |
| L.W.and Robertina Wilson | $1006.00 |
| D.H., ward of the District of Columbia | $2,396.00 |
| L.B.and Gloria Peterson | $1,734.50 |
| K.D. and Ethel Dean | $9,895.50 |
| M.N. and Trinda Norman | $1,873.50 |
| A.P. and Carla Proctor | $324.00 |
| V.H., ward of the District of Columbia | $577.50 |
| S.B., ward of the District of Columbia | $40.00 |
| T.L., ward of the District of Columbia | $4,617.00 |
| C.P. and Linda Parrish | $1,417.50 |
| D.D. and Marvin & Miriam Dixon | $10,200.00 |
| K.B. and Marian Herbert | $27,570.00 |
| J.G., ward of the District of Columbia | $5,590.00 |
| M.D., ward of the District of Columbia | $2,411.00 |

| | |
|---|---|
| B.F. and Rennae Ford | $2,264.50 |
| C.G. and Alice Begemann | $1,031.00 |
| A.W., ward of the District of Columbia | $950.00 |
| D.D. and Valencia Dunn | $8,317.50 |
| T.P. and Kay Anne Pixley | $835.00 |
| J.B. and Marzene Black | $904.00 |
| E.S., ward of the District of Columbia | $4,350.00 |
| D.G., ward of the District of Columbia | $950.00 |
| H.F. and Judy Brown & Howard Fitzhugh | $1,330.50 |
| T.H. and Iona Francis | $118.00 |
| D.L., ward of the District of Columbia | $2,600.00 |
| K.T., ward of the District of Columbia | $3,177.50 |
| V.W. and Cassandra Whisenton | $1,443.00 |
| A.T. and Johnice Jackson | $2,080.00 |
| M.E., ward of the District of Columbia | $2,567.50 |
| J.H., ward of the District of Columbia | $3,035.00 |
| D.E., ward of the District of Columbia | $7,900.00 |
| N.W., ward of the District of Columbia | $1,831.00 |
| J.H. and Tondalaya Hampton | $375.00 |
| J.H. and Tondalaya Hampton | $225.00 |
| G.M., ward of the District of Columbia | $1,369.00 |
| J.A., ward of the District of Columbia | $3,425.00 |

| | |
|---|---|
| S.E. and Juanita Eggleston | $707.00 |
| C.Z. and Dorothea Wooten & Michael Zanders | $336.50 |
| I.B. and Tyrone Stroman | $2,506.50 |
| J.F., ward of the District of Columbia | $2,275.00 |
| N.H. and Yolanda Thompson | $5,182.00 |
| R.E. and Cynthia Eleby | $2,350.00 |
| P.S. and Sharon Eggleston | $3,006.00 |
| T.S.,ward of the District of Columbia | $525.00 |
| K.S., ward of the District of Columbia | $1,782.00 |
| M.A., ward of the District of Columbia | $4,275.00 |
| G.E. and Donna Leonard | $3,575.00 |
| D.F. and Sandra Forrest | $1,175.00 |
| T.E. and Cynthia Eleby | $2,175.00 |

For a total of $199,198.74.

F.     Award to each Plaintiff pre-judgment interest on each damage award;

G.     Award to each Plaintiff pursuant to 42 U.S.C. Sec. 1983, et seq., the attorneys' fees and cost incurred by virtue of the instant lawsuit; and

H.     Award whatever other relief this honorable Court deems appropriate and just.

Respectfully submitted,


_____/s/_____
Paul S. Dalton, Esq. (Bar. No. 439118)
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)


_____/s/_____
Ellen Douglass Dalton, Esq. (Bar. No. 411612)
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)


_____/s/_____
William E. Houston, Esq. (Bar. No. 450223)
DALTON, DALTON & HOUSTON, P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)


Counsel for Plaintiffs