UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARBARA GRAY, as next friend of minor child D. E.., et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case Number 06 – 144 (RMU) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

### DEFENDANT'S NOTICE OF FILING OBJECTIONS TO RELATED CASE DESIGNATION

On January 27, 2006 plaintiffs filed a Notice of Designation of Related Civil Cases pursuant to Rule 405 (b)(2) claiming that the case of *Bowman. v. District of Columbia*, Civ. No.06-0016 is related to the above captioned matter.  The Defendant, by counsel, disputes that the cases are related.

This and the *Bowman* case are each simply an aggregation of attorneys' fees claims on behalf of different plaintiffs under the Individuals with Disabilities Education Act, 20 U.S.C. §1400 et seq. ("IDEA").  The Notice of Designation inaccurately describes the relationship of this to the *Bowman* case.

First, contrary to the Notice, the two cases do *not* "involve[ ] common issues of fact."  Each claim is based on "facts" relating to legal representation of a different individual student, to the details of that representation, to the specific claims for reimbursement by DCPS, and to the results of that request.  There is nothing factually common to either the individual claims within each action, or between to the claims

gathered in the two actions. Each claim rests on its own facts, and each is factually distinct from all others.

Second, contrary to the Notice, the two cases do *not* "grow[ ] out of the same event or transaction." Each claim in each of the two actions is undeniably based on a *different* "event or transaction." For each claim for fees is necessarily based on a *different* administrative proceeding, involving *different* students and *different* representational activities, occurring at a *different* time.

Other than both cases seeking attorneys' fees, there is *nothing* relating the two. Indeed, simply reviewing the jurisdictional and requested-relief sections of the two complaints, as well as the assertions in their respective Counts, confirms that there is no relationship between this and *Bowman* case of the sort Rule 405(b)(2) contemplates.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625

February 24, 2006