UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY, *ex rel.,* D.E., *et al.,*  )<br>  )<br>  Plaintiffs,  )<br>  )<br> v.  )<br>  )<br> DISTRICT OF COLUMBIA,  )<br>  )<br>  Defendant.  )<br> _____  ) | Civil Action No.  06-144 (RMU) |

**<u>ORDER</u>**

Upon consideration of the Defendant's Motion to Dismiss and the Plaintiffs' Opposition to Defendant's Motion, it is hereby

ORDERED that the Defendant's Motion to Dismiss is DENIED.

_____  _____
Date  RICARDO M. URBINA
  United States District Court Judge