UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARBARA GRAY,<br>as next friend of minor child D. E.., et al., | )<br>)<br>) |  |
| Plaintiffs, | ) |  |
| v. | ) | Case Number 06 – 144 (RMU) |
| DISTRICT OF COLUMBIA, | ) |  |
| Defendant. | ) |  |

**DEFENDANT'S RESPONSE TO PLAINTIFFS'REPLY TO DEFENDANT'S OBJECTIONS TO RELATED CASE DESIGNATION**

Plaintiffs maintain that this case and *Bowman v. District of Columbia,* Civ. No. 06-0016 should be designated as related cases because both cases involve the payment of attorneys' fees pursuant to the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. Sec. 1400, *et seq*. However, contrary to plaintiffs' assertion that "the relief requested in both complaints is essentially the same," that is not the case. (Pl's Reply at 2) In *Bowman,* the plaintiffs seek to receive attorneys' fees for the difference between what DCPS has paid them and the $4000 "fee cap" imposed by Section 327 of the District of Columbia Appropriations Act of 2005. In this case, plaintiffs seek to have this Court declare the law unconstitutional.

Additionally, of the 72 named plaintiffs in the two cases, plaintiffs concede that only six of those have an "overlapping" fact pattern.

Accordingly, this Court should not treat the two cases as related pursuant to Local Rule 40.5 (a)(3).

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, DC 20001
        (202) 442-9842
        FAX - (202) 727-3625

March 10, 2006