UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BARBARA GRAY, *ex rel.,* D.E., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No.  06-144 (RMU) |
| | ) | |
| DISTRICT OF COLUMBIA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of the Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, the attached Memorandum, and any opposition thereto, it is hereby

ORDERED that the Plaintiffs' Motion is GRANTED.

It is FURTHER ORDERED that the Defendant District of Columbia shall freeze $1,000,000.00 (one million dollars) of non-appropriated funds and/ or profits from District of Columbia properties sold, until this case is resolved.

_____                    _____
Date                                                              RICARDO M. URBINA
                                                                      United States District Court Judge