washingtonpost.com



CORRECTION TO THIS ARTICLE
A March 3 Metro article incorrectly said that the District is running a $395.1 million surplus for the fiscal year that ends Sept. 30. The $395.1 million represents the increase in revenue available for fiscal 2006, which begins Oct. 1. The projected surplus for the current fiscal year is $152.8 million.

# D.C. Budget Shows $395 Million Surplus for Year

By Eric M. Weiss
Washington Post Staff Writer
Thursday, March 3, 2005; Page B01



The District is running nearly a $400 million budget surplus for the current fiscal year, according to new estimates released yesterday by the city's chief financial officer.

In January, the city announced that unexpectedly strong revenue driven by a hot real estate market left the District with a record budget surplus for fiscal 2004 and more than $1.2 billion in the bank.

The new estimates of a surplus just five months into fiscal 2005 show that the city's booming real estate market is continuing to power a windfall in revenue, city officials say. The extra cash is fueling calls for tax relief and new government spending, D.C. Council members say.

Chief Financial Officer Natwar M. Gandhi said revenue is running $395.1 million above estimates at the beginning of the year. If Gandhi's projection holds, the surplus would set a record, far exceeding the $318 million surplus for the fiscal year that ended in September.

"It is always good to see more dollars come in, but we must continue to be very wise in how we spend it," said D.C. Council Chairman Linda W. Cropp.

The latest revenue estimates represent a $99.2 million increase in the projected surplus since November. The estimates are likely to provide more ammunition to D.C. Council members, who say that Gandhi tends to underestimate revenue, effectively cutting the council out of decisions about where to direct hundreds of millions of dollars. Under D.C. law, the mayor, subject to congressional approval, decides how to use surplus funds.

Gandhi also released a baseline budget estimate for fiscal year 2006, which begins Oct. 1. Budget makers use the estimate as a starting point in the budget process. Gandhi estimates that city spending would have to go up by 7.1 percent to continue the current level of city services.

Last year, the council passed legislation that required the mayor to submit a budget that does not exceed the current year's spending by 4.7 percent.

Mayor Anthony A. Williams (D) said yesterday that he would carve out enough spending to come in under the limit but that he would present additional spending "options" for the council's perusal.

PLAINTIFF'S EXHIBIT 1

"We may have to make adjustments, but we will come in at that level," Williams said.

Council member Jack Evans (D-Ward 2), chairman of the Committee on Finance and Revenue, said Gandhi's 2006 baseline budget estimate includes too many mayoral pet projects. Evans cited $72 million worth of program additions that should not be included in the baseline, including an expansion of marshals services, additional spending for the Department of Corrections and a local match for a work program for HIV/AIDS patients.

"We're trying to figure out what's going on there," Evans said.

Continuing budget surpluses are an indication that the city is raising far more money than is needed to fund current services. So budget makers crafting the 2006 spending plan have decisions to make: cut revenue or increase spending.

Evans has proposed a broad-based property tax reduction. But he said other council members want to spend more on human services and restore cuts made during the city's lean years.

"There's no consensus; it's all over the lot," he said, describing the reactions of colleagues during a closed-door briefing Tuesday evening on the new budget numbers.

Council member Kwame R. Brown (D-At Large) said, "I think you're going to see the baseline increased a bit, and I think you're going to see some tax relief."

© 2005 The Washington Post Company