## Jessica M. Smith, Esq.

**From:** "Jessica M. Smith, Esq." <j.smith@daltonlaw.com>
**To:** <henry.stewart@dc.gov>
**Sent:** Thursday, February 02, 2006 5:07 PM
**Subject:** FOIA Request #2

Dear Mr. Stewart:

    Pursuant to the Freedom of Information Act (FOIA), I am writing to request any and all information documenting the District of Columbia's budget for the years 1999 - 2006, including but not limited to documentation regarding spending, surplus, and deficits. Please send the requested information to the below address. Thank you for your assistance.

Sincerely,


Jessica M. Smith, Esq.
Associate Attorney
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
Tel: (703) 739-4300 x227
Fax: (703) 739-2323

*********************************************************************
The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to d.castro@daltonlaw.com
Thank you.
*********************************************************************

**PLAINTIFF'S EXHIBIT 2**

## Jessica M. Smith, Esq.

**From:** "Stewart, Henry (EOM)" <Henry.Stewart@dc.gov>
**To:** "'Jessica M. Smith, Esq.'" <j.smith@daltonlaw.com>
**Sent:** Thursday, February 02, 2006 1:52 PM
**Subject:** RE: FOIA question

Email are actually preferred.

---

**From:** Jessica M. Smith, Esq. [mailto:j.smith@daltonlaw.com]
**Sent:** Thursday, February 02, 2006 1:13 PM
**To:** henry.stewart@dc.gov
**Subject:** FOIA question

Dear Mr. Stewart:

Do you prefer written FOIA requests to be sent via fax, email, or US postal mail?

Thank you!


Jessica M. Smith, Esq.
Associate Attorney
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
Tel: (703) 739-4300 x227
Fax: (703) 739-2323

********************************************************************************
The information contained in this email may be confidential and/or legally
privileged. It has been sent for the sole use of the intended recipient(s). If the
reader of this message is not an intended recipient, you are hereby notified
that any unauthorized review, use, disclosure, dissemination, distribution,
or copying of this communication, or any of its contents, is strictly prohibited.
If you have received this communication in error, please contact the sender
by reply email and destroy all copies of the original message. To contact our
email administrator directly, send to d.castro@daltonlaw.com
Thank you.
********************************************************************************

## Jessica M. Smith, Esq.

**From:** "Jessica M. Smith, Esq." <j.smith@daltonlaw.com>
**To:** <henry.stewart@dc.gov>
**Sent:** Thursday, February 02, 2006 5:04 PM
**Subject:** FOIA Request

Dear Mr. Stewart:

    Pursuant to the Freedom of Information Act (FOIA), I am writing to request any and all information documenting all assets acquired by the District of Columbia, which are located outside of the District of Columbia, in the years including and prior to 1998, including but not limited to bonds and property. Please send the requested information to the address below. Thank you for your assistance.

Sincerely,


Jessica M. Smith, Esq.
Associate Attorney
Dalton, Dalton & Houston, P.C.
1008 Pendleton Street
Alexandria, VA 22314-1837
Tel: (703) 739-4300 x227
Fax: (703) 739-2323

********************************************************************************

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to d.castro@daltonlaw.com
Thank you.
********************************************************************************