# Mayor heats up hospital campaign

Michael Neibauer, The Examiner
March 10, 2006 12:00 AM (16 hours ago)

**WASHINGTON -**

Mayor Anthony Williams is pressing his public relations campaign on the National Capital Medical Center as the D.C. Council next week opens up formal hearings on the controversial hospital proposal.

The mayor on Wednesday used his weekly press briefing to extol the 250-bed, $400 million project slated for Reservation 13, the former home of D.C. General just south of RFK Stadium. Williams lined up a dozen supporters whom he said "understand the need to improve overall health in our city."

Proponents called for the council not only to approve the agreement with Howard University, but also to exempt the project from a potentially lengthy Certificate of Need review. Supporters say the process is unnecessary given the council's previous votes in favor of a new hospital.

"We can't let this National Capital Medical Center be stopped by bureaucratic red tape," said Carrie Thornhill, a member of Citizens for the National Capital Medical Center and at-large member of the D.C. School Board.

The facility is designed in part to address a lack of hospital beds east of the Anacostia, backers say, though it will be built just west of the river.

Vocal opponents argue the hospital is a high-priced boondoggle that will not fix the main problem east of the river: a lack of primary care. At the very least they want it vetted through a certificate of need, and several council members have said they are skittish about moving forward without one.

"It's not a NIMBY issue," said Frank Zampatori, a Massachusetts Avenue SE resident and hospital critic. "It's just with all this and a Level One Trauma Center, is anybody sure that's what we need?"

Ward 7 Council Member Vincent Gray, a candidate for council chairman, said his ward deserves a hospital. Support has slipped among his colleagues, however, though Gray couldn't say why.

"When I got here in January of 2005, I thought I'd gotten onto a moving train that everybody was on," he said. "There must have a stop when I was asleep and somebody got off."

**Next week's hearing**

- In the Committee of the Whole

- Scheduled for 10 a.m. Monday at the Wilson Building, D.C. Council chambers

- Supporters expected to rally at 9 a.m. in Freedom Plaza before moving inside

mneibauer@dcexaminer.com


PLAINTIFF'S EXHIBIT 3