# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA GRAY, )<br>as next friend of minor child D. E.., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civ. No. 06 – 144 (RMU) |

## DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 6(b)(1), the Defendant, by counsel, respectfully requests an enlargement of time – to March 30, 2006 – within which to respond to the "Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction," filed March 10, 2006 ("Motion").

The Motion – in this action initiated January 6, 2006 – was filed late on Friday, March 10. Responsible Defendant's counsel is absent for the week of March 13, on long-scheduled leave. That counsel's supervisor, because of medical requirements, was absent from the office the beginning of this week, is scheduled for surgery tomorrow, March 16, and will be out of the office for a number of days thereafter.

Accordingly, to permit responsible counsel for the Defendant an opportunity to review and respond meaningfully to the Motion after her return, an enlargement of time, to March 30, 2006, is respectfully requested. Counsel for the Plaintiffs has consented to a grant of this request.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842

March 15, 2006

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 6(b)(1), Federal Rules of Civil Procedure.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BARBARA GRAY, )<br>as next friend of minor child D. E.., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. ) | Civ. No. 06 – 144 (RMU) |

**ORDER**

On consideration of the Defendant's March 15, 2006, Consent Motion For Enlargement Of Time To Respond To Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, and it appearing that a grant of the motion would be just and proper, it is, this ____ day of March , 2006,

ORDERED, That the Defendant's consent motion is granted; and it is

FURTHER ORDERED, That the deadline for the Defendant's response to the Plaintiffs' March 10, 2006, motion for temporary restraining order and preliminary injunction is enlarged to and including March 30, 2006.

_____
United States District Judge

3