SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF          :       DOCKET NUMBER

                                             :

T▮▮▮▮▮▮S▮▮▮▮▮          :       N 1337-98
                                             :       SF 205029
                                           :
                                           :

## O R D E R

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 24th day of **OCTOBER**, 2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for T▮▮▮▮▮S▮▮▮▮▮ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

**IT IS FURTHER ORDERED**, Mr. Houston, is appointed as a Guardian, Limited for

Educational Purposes for T██████ S█████, in order to authorize testing, screening, and

whatever else is necessary to perform the duties incidental to the appointment.

**SO ORDERED.**

_Alec Alfaniford Beull_

mag.    Judge Alec Haniford Beull
D.C. Superior Court
Signed in Chambers

Copies to:

Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC  20001

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA  2231-5045
(703) 941-4455

Anthony Davenport, Esquire
Guardian *Ad Litem*
601 Pennsylvania Avenue, N.W.
Suite 900
Washington, DC 20004
(202) 434-8201

Jenny Epstein, Esquire
Attorney for the Mother
P.O. Box 32095
Washington, DC 20007
(202) 288-8072

L. Hodge – Social Worker
Child and Family Services Agency
400 6th Street, S.W.
Washington, DC
(202) 727-7034

Karen Mitchell, Esquire
Attorney for the Caretaker
3545 Hepburn Court
Burtonsville, MD 20866
(301) 476-7450

Margaret Anthony, Esquire
Attorney for the Father
6510 Tower Drive
Suite 303
Alexandria, VA 22306
(703) 768-0700

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY COURT

| | | |
|---|---|---|
| IN THE MATTER OF | : | **DOCKET NUMBER** |
| | : | |
| D███  H███████ | : | N – 97-89 |
| | : | SF – 181-527 |
| | : | |

### ORDER

Upon consideration of the record in this case and after due consideration of the interests of all parties in the above-captioned matter, it is this 3̲r̲d̲ day of July 2001 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed a Counsel for Educational Purposes for D███  H███████ in the above case to facilitate and determine the education needs of the respondent and to insure that she is properly placed.

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records, including educational records, to Mr. Houston or his designee, upon request.

**IT IS FURTHER ORDERED,** Mr. Houston is authorized to attend, participate in, and provide reports in connection with any court hearing held in this case.

**IT IS FURTHER ORDERED,** Mr. Houston is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of the D.C. Code Sections 116-2331 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondents's educational records, medical records, social worker reports, psychiatric and psychological evaluations, or other records pertaining to the respondent that are necessary to the performance of the Educational Advocate's duties.

**IT IS FURTHER ORDERED**, Mr. Houston, is appointed as a Guardian, Limited for

Educational Purposes for D█████, H█████████, in order to authorize testing, screening, and

whatever else is necessary to perform the duties incidental to the appointment.

**SO ORDERED.**


Judge Ann O'Regan Keary
D.C. Superior Court
Signed in Chambers



Copies to:

Office of the Corporation Counsel
Abuse/Neglect Section
441 4th Street, N.W.
Sixth Floor
Washington, DC  20001

William E. Houston, Esquire
Beauregard Square, Suite 310
6303 Little River Turnpike
Alexandria, VA  22312
(703) 941-4455

RECEIVED

SEP 1 0 2002

CHAMBERS OF

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF                    :           DOCKET NUMBER

V█████ H█████                       :           N – 1463-97
                                    :           SF – 207645
                                    :
                                    :
                                    :

## O R D E R

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 12th day of September, 2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for V█████ H█████ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS **FURTHER ORDERED**, Mr. Houston, is appointed as a Guardian, Limited for

Educational Purposes for V███████. H███████, in order to authorize testing, screening, and

whatever else is necessary to perform the duties incidental to the appointment.

IT IS **FURTHER ORDERED**, that for the purpose of billing the District of Columbia Public

Schools this matter is hereby certified as a Complex Litigation.

**SO ORDERED.**

Judge John Campbell
D.C. Superior Court
Signed in Chambers

Copies to:

Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA 2231-5045
(703) 941-4455

Jenny Epstein, Esquire
P.O. Box 32095
Washington, DC 20007
(202) 298-8072

*Leonard kelly, esquire*
*3535 13th Street, NW*
*# 3*
*Washington, DC 20010*

*Tessie Sarmiento*
*CFSA*
*400 6th St. SW*
*Washington, DC 20024*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## FAMILY DIVISION

IN THE MATTER OF          :        DOCKET NUMBER

                                             :

T████ L████                    :        N 1522 -97
                                             :        SF 207695

                                             :

                                             :

## O R D E R

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this /3th day of ᗪℇC·, 2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for T████ L████ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

**IT IS FURTHER ORDERED**, Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for T█████L█████ in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

**IT IS FURTHER ORDERED,** that for the purpose of billing the District of Columbia Public Schools this matter is hereby certified as a Complex Litigation.

**SO ORDERED.**

Judge Ann O'Regan Keary
D.C. Superior Court
Signed in Chambers

Copies to:

Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA. 2231-5045
(703) 941-4455

Deborah Cason-Daniel
400 7th Street, NW
Suite 200
Washington, DC 20004
(202) 737-4466

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF
M█ D█████

DOCKET NUMBER
N - 1029-96
SF- 203952
Magistrate Judge Deull

O R D E R

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter the Court finds that it is in the respondent's best interest, and that it meets the needs of the Court, to appoint Ellen Douglass Dalton as educational advocate although she is not a CCAN panel attorney. The Court makes these findings based upon Ms. Dalton's years of expertise in this area of litigation and her current availability to the Court. It is therefore;

ORDERED this **6TH** day of **MARCH**, 2004, that Ellen Douglass Dalton, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for M█ D███ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that she is properly placed.

IT IS FURTHER ORDERED that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Ms. Dalton or her designee, upon request.

IT IS FURTHER ORDERED, Ms. Dalton, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

IT IS FURTHER ORDERED, Ms. Dalton, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to

review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, Ms. Dalton, is appointed as a Guardian, Limited for Educational Purposes of M██ D████, in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

SO ORDERED.

_alter effanfordull_

Magistrate Judge Alex Haniford Deull
D.C. Superior Court
Signed in Chambers

Copies to:

Ellen Douglass Dalton, Esquire
Dalton, Dalton, & Houston, P.C.
6303 Little River Turnpike, Suite 310
Alexandria, VA 22312
Educational Advocate
Fax No. 703-642-3101

C laudette Gentry, Esq.
Office of Corporation Counsel
441 4th Street N.W.
Washington, DC 20001
Fax: 202-727-7064

Ranu Basu, Esq
419 7th Street NW Suite 401
Washington, DC 20004
Guardian Ad Litem
Fax: 202-722-1000

Janice Jackson, Social Worker
Child & Family Services
400 6th Street SW Room 2042
Washington, DC 20024
Fax: 202-727-3348

02/08/2002 14:46 FAX 2027273074          CHILD&FAMILY SVC                                              @001

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY COURT
NEGLECT BRANCH

FILED
IN OPEN COURT

FEB 0 6 2002

Superior Court
of the District of Columbia
Washington, D.C.

IN THE MATTER OF:                    )
                                     )
A███████ W█████                     )      Docket No.      N-729-95
                                     )      Social File No.  170182
RESPONDENT                           )
                                     )

## ORDER

Upon consideration of the record in this case and after due consideration of the

interests of all parties in the above-captioned matter, it is this _6_ day of _Feb_

2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational

advocate and member of the District of Columbia Bar is appointed as Counsel for

Educational Purposes for A███████ W█████ in the above case, to facilitate and

determine the education needs of the respondent and to insure that he is properly

placed.

**IT IS FURTHER ORDERED**, that all District of Columbia agencies, including

the District of Columbia Public Schools, are hereby directed to provide copies of any and

all records, including educational records, to Mr. Houston or his designee, upon

request.

**IT IS FURTHER ORDERED**, that Mr. Houston is authorized to attend,

participate in, and provide reports in connection with any court hearing held in this case.

IT IS FURTHER ORDERED, that Mr. Houston is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of Respondent's educational records, medical records, social worker reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, that Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for A█████W███ in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to this appointment.

IT IS FURTHER ORDERED, that for the purposes of billing the District of Columbia Public Schools this mater is hereby certified as a Complex Litigation.

SO ORDERED.

Judge Jose Lopez

Copies to:

Ernest Horace, Esq.
Assistant Corporation Counsel
Office of the Corporation counsel
441 4th Street, N.W., Suite 6N
Washington, D.C. 20001

Kim Tenor, MSW
Child and Family Services
400 6th Street, S.W.
Washington, D.C. 20018

Lisa Miller
RCI
2191 Defense Hwy.
Suite 312
Crofton, MD 21114

Bonita Jones-Moon, Esq.
P.O. Box 59533
Potomac, MD 20854

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### FAMILY DIVISION

IN THE MATTER OF            :           DOCKET NUMBER

                         :

D██████ L██████          :          N 1524 -97
                         :          SF 196486

                         :

                         :

## O R D E R

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this /3 th day of ＿Ðec＿, 2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for D██████ L██████ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

**IT IS FURTHER ORDERED**, Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for D█████ L█████, in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

**IT IS FURTHER ORDERED,** that for the purpose of billing the District of Columbia Public Schools this matter is hereby certified as a Complex Litigation.

**SO ORDERED.**

Judge Ann O'Regan Keary
D.C. Superior Court
Signed in Chambers

Copies to:

Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA 22311-5045
(703) 941-4455

Deborah Cason-Daniel
400 7th Street, NW
Suite 200
Washington, DC 20004
(202) 737-4466

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF

M████████ E████████,          :          N-876-00
                               :          SFN 190030
    RESPONDENT.                :
                               :          Judge Burgess

## ORDER

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this ___20___ day of ___May___, 2002 hereby:

**ORDERED** that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for M████ E████████ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

**IT IS FURTHER ORDERED** that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

**IT IS FURTHER ORDERED**, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-233132 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social

worker's reports, psychiatric and psychological evaluations, or other records pertaining to the

Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, Mr. Houston, is appointed as a Guardian, Limited for

Educational Purposes for M███████ E███████, in order to authorize testing, screening,

and whatever else is necessary t perform the duties incidental to the appointment.

IT IS FURTER ORDERED, that for the purpose of billing the District of Columbia

Public Schools this matter is hereby certified as a Complex Litigation.

**SO ORDERED,**


_May 20, 200__
Date

_Judge A. Franklin Burgess, Jr._
D.C. Superior Court
Signed in Chambers


Copies to:

Francis Foote, Esquire
Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC  20001

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA  2231-5045

Carolyn Prince, Esquire
Garvey, Schubert, Barer
1000 Potomac Street, NW, 5th Floor
Washington, DC  20007
GAL

Moscow Spencer, Social Worker
DCFS
400 6th Street
Room 3076
Washington, DC  20024

Jennifer Kraynack, Social Worker
Pressley Ridge Schools
300 Eye Street, N.E.
Suite 111
Washington, DC 20002

2

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF                                           DOCKET NUMBER

J███ H███                                              N 717-90
                                                       SF 189-149

O R D E R

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 18th day of **SEPT.**, 2002 hereby:

ORDERED that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for J███ H███ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed;

IT IS FURTHER ORDERED that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request;

IT IS FURTHER ORDERED, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

IT IS FURTHER ORDERED, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports, psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for J████ H███ in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

SO ORDERED.

Judge Alec Haniford Deull
D.C. Superior Court
Signed in Chambers

Copies to:

Assistant Corporation Counsel
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

William E. Houston, Esquire
6303 Little River Turnpike
Suite 310
Alexandria, VA 2231-5045
(703) 941-4455

SUMNER KAR, ESQ, GAL

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF                          :        DOCKET NUMBER
N■ W■■■                                    :
                                           :
                                           :          N - 03421999
                                           :          SF- 211436
                                                      Magistrate Judge Deull

ORDER

Upon consideration of the record in this case and after due consideration of the interest of

all parties in the above-captioned matter the Court finds that it is in the respondent's best interest,

and that it meets the needs of the Court, to appoint Ellen Douglass Dalton as educational

advocate although she is not a CCAN panel attorney.  The Court makes these findings based upon

Ms. Dalton's years of expertise in this area of litigation and her current availability to the Court, AS
WELL AS TO MEET THE NEEDS OF THE COURT
It is therefore;

ORDERED this **2** day of **NOV** , 2003, that Ellen Douglass Dalton, Esquire,

specially trained educational advocate and member of the District of Columbia Bar is appointed as

Counsel for Educational Purposes for N■ W■■ in the above case, to facilitate and determine the

educational needs of the Respondent and to insure that she is properly placed.

IT IS FURTHER ORDERED that all District of Columbia agencies, including the District

of Columbia Public Schools, are hereby directed to provide copies of any and all records including

educational records, to Ms. Dalton or her designee, upon request.

IT IS FURTHER ORDERED, Ms. Dalton, is authorized to attend and participate in, and

provide reports in connection with, any court hearing held in this case.

IT IS FURTHER ORDERED, Ms. Dalton, is authorized to investigate fully the facts of

this case, to review both the case and social records pertaining to this case, subject to the

provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to

review and obtain copies, if necessary, of respondent's educational records, medical records,

social worker's reports, psychiatric and psychological evaluations, or other records pertaining to

the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, Ms. Dalton, is appointed as a Guardian, Limited for

Educational Purposes of N█ W█, in order to authorize testing, screening, and whatever else is

necessary to perform the duties incidental to the appointment.

SO ORDERED.

_____

Magistrate Judge Alec Haniford Deull
D.C. Superior Court
Signed in Chambers

Copies to:

Ellen Douglass Dalton, Esquire
Dalton, Dalton, & Houston, P.C.
6303 Little River Turnpike, Suite 310
Alexandria, VA 22312
Fax No. 703-642-3101
Educational Advocate

Frances Foote, Esq.  Assistant Corporation Counsel
Abuse & Neglect Section
400 6th Street, SW
Washington, DC 20024

Carla S. Rappaport, Esq.
9509 Biltmore Drive
Silver Spring, MD 20901
Attorney for Mr. & Mrs. Lee

Kevin Fahey, Esq.
601 A Indiana Ave NW Suite 100
Washington, DC 20003-2370
Mother's Attorney

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF            :
                            :        DOCKET NUMBER
K▆▆ S▆▆                     :        N - 802-03
                            :        SF- 001067
                                     Magistrate Judge: ALEC DEULL

## O R D E R

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter the Court finds that it is in the respondent's best interest, and that it meets the needs of the Court, to appoint Ellen Douglass Dalton as educational advocate although she is not a CCAN panel attorney. The Court makes these findings based upon Ms. Dalton's years of expertise in this area of litigation and her current availability to the Court.

It is therefore:

ORDERED this 21ST day of JULY, 2004, that Ellen Douglass Dalton, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for K▆▆ S▆▆ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that she is properly placed.

IT IS FURTHER ORDERED that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Ms. Dalton or her designee, upon request.

IT IS FURTHER ORDERED, Ms. Dalton, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

IT IS FURTHER ORDERED, Ms. Dalton, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the

provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to

review and obtain copies, if necessary, of respondent's educational records, medical records,

social worker's reports, psychiatric and psychological evaluations, or other records pertaining to

the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, Ms. Dalton, is appointed as a Guardian, Limited for

Educational Purposes of K█████ S█████, in order to authorize testing, screening, and whatever

else is necessary to perform the duties incidental to the appointment.

SO ORDERED.

_____
Magistrate Judge Alec Haniford Deull
D.C. Superior Court
Signed in Chambers

Copies to:

**Educational Advocate**
Ellen Douglass Dalton, Esquire
Dalton, Dalton, & Houston, P.C.
6303 Little River Turnpike, Suite 310
Alexandria, VA 22312
Fax No. 703-642-3101

**Assistant Corporation Counsel**
Ms. Leora K. Hoffman, Esq.
Office of Attorney General
Child Protection Section 5th Floor
400 6th Street, SW
Washington, DC 20024
Fax No. 202-727-3737

**Guardian ad Litem**
Ngoc Pham Hulbig, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004-2505
Fax No. 202-639-7003

**Social Worker**
Ermine Moore
Child & Family Services
400 6th Street SW 2nd Floor
Washington, DC 20024
Fax No: 202-727-5362

**Counsel for Respondent's Mother**
Peter Hapworth, Esq.
P.O. Box 311
Aldie, Va. 20105
Fax No: 540-687-5409

**Respondent's Father**
Mr. John Bivins
1330 Congress Street S.E. Apt. 6
Washington, DC 20032

**Counsel for Respondent's Paternal Grandmother**
Mr. Larry Blackwood, Esq.
1215 North Nelson Street
Arlington, Va. 22201
Fax No: 703-524-3390