UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY, *ex rel.,* D.E., *et al.,* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 06-144 (RMU) |

**ORDER**

Upon consideration of the Defendant's Motion to Dismiss the Amended Complaint and Plaintiffs' Opposition to the Motion to Dismiss, it is hereby

ORDERED that the Defendant's Motion to Dismiss the Amended Complaint is DENIED.

_____                                      _____
Date                                                                              RICARDO M. URBINA
                                                                                       United States District Court Judge