UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY, as next friend of minor child D. E.., et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) Case Number 06 – 144 (RMU) |
| DISTRICT OF COLUMBIA, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendant, by and through counsel, pursuant to FRCP 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including April 25, 2006, to file its Reply to Plaintiffs' Opposition to Defendant's Motion to Dismiss, currently due on March 27, 2006. As grounds for said request, the undersigned states that she recently injured her right index finger and experiences both pain and difficulty in using the computer. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
for the District of Columbia
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2


/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6th floor South
Washington, DC 20001
(202) 442-9842
FAX  727-3625


March 24, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY,<br>as next friend of minor child D. E.., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, )<br><br>Defendant. ) | )<br><br><br><br><br>Case Number 06 – 144 (RMU) |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. FRCP 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs consent to this motion.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia


    GEORGE C. VALENTINE
    Deputy Attorney General
    for the District of Columbia
    Civil Litigation Division


    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity, Section 2

<u>/s/ Maria L. Merkowitz</u>
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6-South
Washington, DC 20001
(202) 442-9842
FAX  727-3625