UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY,<br>as next friend of minor child D. E.., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Case Number 06 – 144 (RMU)<br>)<br>)<br>) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME
TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR A TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Defendant, by and through counsel, pursuant to FRCP 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including April 20 2006, to file its Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, currently due on March 30, 2006.  As grounds for said request, the undersigned states that she recently injured her right index finger and experiences both pain and difficulty in using the computer.  Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        for the District of Columbia
        Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2


/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6th floor South
Washington, DC 20001
(202) 442-9842
FAX  727-3625


March 24, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BARBARA GRAY, as next friend of minor child D. E.., et al., | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Case Number 06 – 144 (RMU) |
| DISTRICT OF COLUMBIA, | ) | |
| Defendant. | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. FRCP 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs consent to this motion.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
for the District of Columbia
Civil Litigation Division


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

3

<u>/s/ Maria L. Merkowitz</u>
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.,
Suite 6-South
Washington, DC 20001
(202) 442-9842
FAX  727-3625

4