UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY, *ex rel.,* D.E., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-144 (RMU) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## PRAECIPE FILING REMAINING COURT ORDER

COMES NOW, Plaintiffs, by and through counsel, and files the remaining Superior Court Order for Plaintiff P.T. In Plaintiff's Opposition to Defendant's Motion to Dismiss the Amended Complaint, filed on March 20, 2006, the Plaintiffs filed with this Court the Superior Court Orders appointing educational advocates for the Plaintiffs who are wards of the District of Columbia. At the time of filing the Opposition, Plaintiffs' counsel did not have a physical copy of the Order for Plaintiff P.T. (*See* Pls.' Opp'n at note 2.) Plaintiffs' counsel has secured a physical copy of the Court Order and files the redacted version here as Exhibit 1.

DATE: May 25, 2006                Respectfully submitted,
                                  Counsel for Plaintiffs

                                  _____/s/_____
                                  Paul S. Dalton, Esq. (Bar. No. 439118)
                                  DALTON, DALTON & HOUSTON, P.C.

                                  _____/s/_____
                                  Ellen Douglass Dalton, Esq. (Bar. No. 411612)
                                  DALTON, DALTON & HOUSTON, P.C.

/s/
William E. Houston, Esq. (Bar. No. 450223)
DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 25th day of May, 2006.

/s/
William E. Houston, Esq.
Counsel for the Plaintiffs