SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
FAMILY DIVISION

IN THE MATTER OF : DOCKET NUMBER:

P▇▇▇ T▇▇▇ : N-45-89

:
:
:
:
:

ORDER

Upon consideration of the record in this case and after due consideration of the interest of all parties in the above-captioned matter, it is this 15TH day of September, 1997 hereby:

ORDERED that William E. Houston, Esquire, specially trained educational advocate and member of the District of Columbia Bar is appointed as Counsel for Educational Purposes for P▇▇▇ T▇▇▇ in the above case, to facilitate and determine the educational needs of the Respondent and to insure that he is properly placed.

IT IS FURTHER ORDERED that all District of Columbia agencies, including the District of Columbia Public Schools, are hereby directed to provide copies of any and all records including educational records, to Mr. Houston or his designee, upon request.

IT IS FURTHER ORDERED, Mr. Houston, is authorized to attend and participate in, and provide reports in connection with, any court hearing held in this case.

IT IS FURTHER ORDERED, Mr. Houston, is authorized to investigate fully the facts of this case, to review both the case and social records pertaining to this case, subject to the provisions and proscriptions of D.C. Code Sections 116-2331-32 and 2336 (1989 Repl.) to review and obtain copies, if necessary, of respondent's educational records, medical records, social worker's reports,

psychiatric and psychological evaluations, or other records pertaining to the Respondent that are necessary to the performance of the Educational Advocate's duties.

IT IS FURTHER ORDERED, Mr. Houston, is appointed as a Guardian, Limited for Educational Purposes for P▮▮▮▮ T▮▮▮▮ in order to authorize testing, screening, and whatever else is necessary to perform the duties incidental to the appointment.

SO ORDERED.

*Reggie B. Walton*  9/15/97
Judge Reggie Walton
D.C. Superior Court
Signed in Chambers

Copies to:

Office of the Corporation Counsel
Abuse/Neglect Section
441 4th Street, N.W.
Sixth Floor
Washington, DC 20001

William E. Houston, Esquire
4330-M Evergreen Lane
Annandale, VA 22003

Joanne Hepworth
305 H Street, NW
Washington, DC 20001