IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Barbara Gray as next friend of the minor child D.E. et al
Plaintiff(s)

Case Number: 1:06CV00144 RMU

vs

Government of the District of Columbia
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on February 8, 2006 at 2:44 PM, I executed service of process upon **TABATHA BRAXTON, STAFF ASSISTANT, AUTHORIZED TO ACCEPT SERVICE OF ANTHONY A. WILLIAMS, MAYOR FOR THE DISTRICT OF COLUMBIA** at Executive Office of the Mayor, John A. Wilson Bldg. 1350 Pennsylvania Ave NW, Washington, DC 20004 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

Tabatha Braxton is described as a Black Female, approximately 5' 5" tall, 120-130 pounds, Brown eyes, Black hair, and 35 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 8, 2006.

Date February 8, 2006.

_____
Mark Simons


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on February 8, 2006.

_____

My Commission Expires:   Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006

Ref.# 68714

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Barbara Gray as next friend of the minor child D.E. et al
Plaintiff(s)

Case Number: 1:06CV00144 RMU

vs

Government of the District of Columbia
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on February 8, 2006 at 3:14 PM, I executed service of process upon **DARLENE FIELDS, REGISTERED AGENT FOR THE DISTRICT OF COLUMBIA, AUTHORIZED TO ACCEPT SERVICE OF ROBERT J. SPAGNOLETTI, ESQ. ATTORNEY GENERAL** at 441 4th Street NW 6th Floor South, Washington, DC 20001 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

Darlene Fields is described as a Black Female, approximately 5' 5" tall, 190-200 pounds, Brown eyes, Black hair, and 45 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 44 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on February 8, 2006.

Date February 8, 2006.

_____
Mark Simons

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on February 8, 2006.

_____

My Commission Expires: Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006

Ref.# 68713