UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY, *ex rel.,* D.E., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-144 (RMU) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

    COMES NOW, the Plaintiffs, by and through counsel, and moves this Court to schedule a Status Conference.  Please see the attached Memorandum of Points and Authorities in Support of the Plaintiffs' Motion.


DATE: November 10, 2006           Respectfully submitted,
                                                 Counsel for Plaintiffs

                                                _____/s/_____
                                                Paul S. Dalton, Esq. (Bar. No. 439118)
                                                DALTON, DALTON & HOUSTON, P.C.

                                                _____/s/_____
                                                Ellen Douglass Dalton, Esq. (Bar. No. 411612)
                                                DALTON, DALTON & HOUSTON, P.C.

                                                _____/s/_____
                                                William E. Houston, Esq. (Bar. No. 450223)
                                                DALTON, DALTON & HOUSTON, P.C.

                                                1008 Pendleton Street
                                                Alexandria, VA 22314
                                                (703) 739-4300
                                                (703)-739-2323 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BARBARA GRAY, *ex rel.,* D.E., *et al.,*   )
                                            )
      Plaintiffs,                       )
                                            )
      v.                                )   Civil Action No. 06-144 (RMU)
                                            )
DISTRICT OF COLUMBIA,                       )
                                            )
      Defendant.                        )
_____         )

**PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

COMES NOW, the Plaintiffs, by and through counsel, and states the following in support of their Motion for Status Conference:

1.  Fed. R. Civ. P. 7(b)

2.  LCvR 7

3.  The inherent authority of the Court.

4.  The Defendant filed a Motion to Dismiss on February 24, 2006 and a Motion to Dismiss the Amended Complaint on March 10, 2006. The Plaintiffs opposed both Motions on March 20, 2006, and the Defendant filed Replies. The Motions to Dismiss have been pending before the Court since April 21, 2006.

5.  The Plaintiffs filed a Motion for a Temporary Restraining Order and Preliminary Injunction on March 10, 2006. The Defendant opposed this Motion and the Plaintiffs filed a Reply. This Motion has been pending since May 2, 2006.

5.   Counsel for Plaintiffs conferred with Counsel for the Defendant, who did not consent to the filing of this Motion for Status Conference.

WHEREFORE, the Plaintiffs respectfully request that the Court schedule a Status Conference in an effort to ascertain the status of this case, and if appropriate determine a possible briefing schedule.

DATE: November 10, 2006                     Respectfully submitted,
                                            Counsel for Plaintiffs

                                            _____/s/_____
                                            Paul S. Dalton, Esq. (Bar. No. 439118)
                                            DALTON, DALTON & HOUSTON, P.C.

                                            _____/s/_____
                                            Ellen Douglass Dalton, Esq. (Bar. No. 411612)
                                            DALTON, DALTON & HOUSTON, P.C.

                                            _____/s/_____
                                            William E. Houston, Esq. (Bar. No. 450223)
                                            DALTON, DALTON & HOUSTON, P.C.

                                            1008 Pendleton Street
                                            Alexandria, VA 22314
                                            (703) 739-4300
                                            (703)-739-2323 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 10th day of November, 2006.

_____/s/_____
Paul S. Dalton, Esq.
Counsel for Plaintiffs
