## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY, *ex rel.,* D.E., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No.  06-144 (RMU) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### **ORDER**

Upon consideration of the Plaintiffs' Motion for Status Conference, it is hereby

ORDERED that the Plaintiffs' Motion is GRANTED;

It is further ORDERED that a Status Conference is scheduled for ___ day of _____, 2006 in Courtroom _____.

_____                                                      _____
Date                                                                               RICARDO M. URBINA
                                                                                         United States District Judge