UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BARBARA GRAY *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 06-0144 (RMU) |
| | : | | |
| v. | : | Document No.: | 8 |
| | : | | |
| DISTRICT OF COLUMBIA, | : | | |
| | : | | |
| Defendant. | : | | |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is this 6th day of March, 2007,

**ORDERED** that the plaintiff's motion for a preliminary injunction is **DENIED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge