**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | | |
|---|---|---|---|
| BARBARA GRAY *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 06-0144 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 3, 6 |
| | : | | |
| DISTRICT OF COLUMBIA, | : | | |
| | : | | |
| Defendant. | : | | |

## <u>ORDER</u>

### Granting the Defendant's Motions to Dismiss

For the reasons stated in the accompanying Memorandum Opinion, it is this 12th day of

March, 2007,

**ORDERED** that the defendant's motions to dismiss are **GRANTED**.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge