UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARBARA GRAY, *ex rel.,* D.E., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-144 (RMU) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF APPEAL

Notice is hereby given this 5th day of April, 2007, that all Plaintiffs hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Judgment of this Court entered on the 12th day of March, 2007.

Respectfully submitted,

_____/s/_____
WILLIAM E. HOUSTON Esq.
Counsel for Plaintiffs
D.C. Bar No. 450223
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
(703) 739-2323 (fax)

                                                /s/
                           PAUL S. DALTON, Esq.
Counsel for Plaintiffs
D.C. Bar. No. 439118
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, VA 22314
(703) 739-4300
(703)-739-2323 (fax)

**CLERK**    Please mail copies of the above Notice of Appeal to the following address indicated:

Maria L. Merkowitz
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
Sixth Floor, South
Washington, DC 20001
202-442-9842 (ph)
202-727-3625 (fax)