# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-7061                                         September Term, 2006

06cv00144

Filed On:

Barbara Gray, as next friend of minor child, D.E., et al.,
    Appellants

v.

District of Columbia Government,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   AUG X 2 2007

CLERK

**BEFORE:** Randolph, Garland, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the response thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellants challenge the validity of section 327 of the District of Columbia Appropriations Act of 2005, Pub L. No. 108-335, 118 Stat. 1322, 1344 (2004), capping at $4000 the amount of attorneys' fees that the District of Columbia is authorized to pay. Appellants urge the court to reverse a consistent body of case law striking down challenges to the fee cap, because many changes have occurred with respect to litigation under the IDEA and because, they contend, Congress's intent in imposing the cap has not been realized. Those changes and that contention do not alter the constitutionality of the fee cap. The district court properly dismissed their action for failure to state a claim. See <u>Calloway v. D.C.</u>, 216 F.3d 1 (D.C. Cir. 2000); see also <u>Whately v. D.C.</u>, 447 F.3d 814, 820 (D.C. Cir. 2006); <u>Kaseman v. D.C.</u>, 444 F.3d 637, 642 (D.C. Cir. 2006).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk



**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED: 9/14/07
BY: _____
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs